"Petitioner/Appellant/Applicant/Plaintiff"

FILED
MAR 21 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  L. Youngblood

2  CDC# H60800    C 13    1282

3  C.S.P., 3B01-120U

4  P/o Box 3466         "APPLICATION" PJH

5  Corcoran, Ca. 93212   (Demand For Trial)

6  "In Pro Se"                          (PR)

7        United States District Court, Eastern

8   Or  Northern District Of California

9                              )

10 In re: I.E., Jesse L. Youngblood,  )  Case No.#
                                      )  (To Be Supplied By Clerk)
11   (Appellant/Plaintiff),          )
                                      )  Petitioner in
12   VS.,                            )
                                      )  pursuant to Ca.
13 Feather Falls Casino; Mooreto     )  Penal Code § P.C.
14 wn; (3) Unknown Names of          )  (S) 1 et. seq. and
15 Jane Does; (4) Unknown Na         )  P.C. 422.75 and P.C.
16 mes of Ca. Correct. Officers      )  451, 506b and P.C.
17 as John Does; S.V.S.P., Warden;   )  12071.1, H&S 11382.5
18 et al.,                           )  and P.C. Veh 12600
19   (Appellee(s)/Respond's.),       )  M.V. Insurance,
20   (SHORT TITLE)                    )  Bus& P. 4320 et. seq.
21                                       and P.C. 777 et. seq.;
22

23 TO: Magistrate Judge And Clerk Of The Court:

24

25 I, (Petitioner/Appellant/Applicant/Plaintiff)

26 ~ Jesse L. Youngblood, in pro se, a state-indig

27 ent prisoner in pursuant to proceed by in fo

28 rma pauperis and seeking default relief/other

Page 2.

CJS-1862 PJH

ENCLOSURES: ANSWERS CONTINUED— Page 3.

1 available related relief by request and admiss
2 ions/submissions/resubmissions as by releva
3 nt means defined by 42 U.S.C. § 1983—"First
4 Amended "within proper subject matter juris
5 diction and I.F.P by 28 U.S.C.§ 1915 (b) (1) and
6 (2), among request form and to be filed as
7 the required authorization form directing the
8 appropriate prison officials to assess, collect,
9 and forward to the district court the filing
10 and docketing fees for this appeal cause at
11 the present time I cannot pay as being a
12 indigent prisoner. I further request to have
13 all respondent's served by U.S.M.-285 Form
14 (s) for copy of all legal court filings/Sum
15 mons/Complaint as to comprise all to Fed
16 eral Local Rules and Federal Appellate Rules
17 of Civil Procedures and/or Civil Practice. I
18 also request (10) subpoena form's that are
19 duces/tecums and Persons/Documants/and/
20 or Records need as evidence or discovery and
21 all respondent(s) name(s) within cause of
22 action for capture, i.e., in supra. (Ibid)
23
24 I, (Petitioner/Appellant/Applicant/Plaintiff)—
25 Jesse L. Youngblood hereby declares, certifies,
26 and asserts that the foregoing is true and correct
27 to the best of my ability or knowledge under
28 penalty of perjury and executed on this 18th day
of February (2013); in Corcoran, Ca. 93212-3466.

1  Declaration In Support Of: (Jesse L. Youngblood)
2  see bottom:
3  Dated: February 18, 2013.
4
5  Signed By: Jesse L. Youngblood
6
7  (DECLARANT)
8
9
10  "Petitioner in Propria Persona"
11
12
13  I, Jesse L. Youngblood declare's and assert's
14  that the foregoing and forementioned is true
15  and correct under penalty of perjury and to
16  mitigate type of circumstance's and to use in
17  all preventive measures and in pursuant to
18  a bona fide and legitimate legal action within
19  proper subject matter jurisdiction and not to
20  annoy or harass or vex or hinder or defraud
21  or fraud and this declaration was executed
22  on February 23, (2013) in Corcoran, Ca. 93212-
23  3466. In pursuant to the jurisd. of this court is
24  invoked under 28 U.S.C. 8127, Signed By: Jesse L. Youngblood.
25  Dated: Feb. 23, 2013, (a): (DECLARANT)
26
27
28

Page 4.

Page 5.

1    COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

2    Name  Youngblood    Jesse         L.

3          (Last)              (First)           (Initial)

4    Prisoner Number  # H60800

5    Institutional Address C.S.P. 3B01-120U, % Box 3466 Corcoran,

6    Ca. 93212-3466)

7                    UNITED STATES DISTRICT COURT FOR EASTERN
8              OR  NORTHERN DISTRICT OF CALIFORNIA

9    I.E. Jesse L. Youngblood,
     (Enter the full name of plaintiff in this action.)

10                                vs. Feather Falls          Case No. _____
                                                             (To be provided by the Clerk of Court)
11   Casino ; Mooretown Rancher
                                                             COMPLAINT UNDER THE
12   ia ; (3) Unknown Names of                               CIVIL RIGHTS ACT,
                                                             Title 42 U.S.C § 1983
13   Jane Does ; (4) Unknown Na                              "Amended Complaint"
14   mes of Ca. Correct. Officer's                           — New — Related — Civil
15   as John Does ; S.V.S.P. ; Warden;                       — Miscellaneous Case :
     (Enter the full name of the defendant(s) in this action)
16   et al. (Short Titles)
     [All questions on this complaint form must be answered in order for your action to proceed..]

17   1.   Exhaustion of Administrative Remedies.   (Demand For Trial)

18        [Note: You must exhaust your administrative remedies before your claim can go

19        forward.  The court will dismiss any unexhausted claims.]

20        A.   Place of present confinement Corcoran State Prison.

21        B.   Is there a grievance procedure in this institution?

22             YES (✓)    NO ( )

23        C.   Did you present the facts in your complaint for review through the grievance

24             procedure?     "Notice" — Lawsuit started on
25             YES (✓)    NO ( )  the streets/continued at prisons;

26        D.   If your answer is YES, list the appeal number and the date and result of the

27             appeal at each level of review.  If you did not pursue a certain level of appeal,

28             explain why. "Sent CDC 602 form" on several occasions"
                   as negative results attached to exhibits that
     COMPLAINT   lower court's have" — Case No.# 137608-( Butte Co.
                   S. Ct.); Case No.# S126762-( Supreme Ct. of Ca.);
                   Case No.# CIV S-03-1627 WBS JFM PS- (U.S. Dist. Ct.);

1  1. Informal appeal "Denied" and no response:

2  _____

3  _____

4  2. First formal level "Partially Granted":

5  _____

6  _____

7  3. Second formal level "No return" or "No response":

8  _____

9  _____

10  4. Third formal level "Opposing Parties made CDC 602

11  Form futile" by not responding or by not

12  allowing to grant and review/appeal":

13  E. Is the last level to which you appealed the highest level of appeal available to

14   you?

15    YES ( )  NO (✓)

16  F. If you did not present your claim for review through the grievance procedure,

17  explain why. "I did on "several occasions" "as to no

18 avail" in seeking relief or available remedies

19 sought herein, among impeding/hinder/inhibit

20 the legal action where by; "no viable access":

20 II. Parties.

21  A. Write your name and your present address.  Do the same for additional plaintiffs,

22   if any.

23 Jesse L. Youngblood, CDC# H60800, C.S.P., 3B01

24 -120U, P/o Box 3466 Corcoran, Ca. 93212-3466

25 _____

26  B. Write the full name of each defendant, his or her official position, and his or her

27   place of employment.

28 1. Feather Falls Casino - Individual Person - Entity:

COMPLAINT   - 2 -

ENCLOSURES: ANSWERS CONTINUED:FROM
PAGE (6- )

2. Mooretown Rancheria—Individual Person—Own Sovereinty Nation:

3. (1)"John Doe"—Individual Person—Tribal Officer and Unknown Name:

4. (1)"John Doe"—Individual Person—Transit Bus Driver:

5. (1)"John Doe" Individual Person—Unknown Name of California Correctional Officer:

6. (1)"Jane Doe"—Individual Person—Patron of Feather Falls Casino:

7. (1)"Jane Doe"—Individual Person—Employee of Feather Falls Casino:

8. (1)"Jane Doe"—Individual Person—Unknown Name of California Correctional Officer:

9. S.V.S.-Prison, Warden—Individual Person—Separate Entity:

10. (1)"John Doe"—Individual Person—Unknown Name of California Correctional Officer:

11. Et al.:(Ibid)

12. (10) Opposing Parties as Individual Persons(s) as California Correctional Officers that participated in throwing my legal court filings in the garbage can and sabotaging my legal mail on October 31, 2007 and at "A" yard facility At building 3 at law library at (S.V.S.P.); and other occurrences from dates on or about (2006) and from (2005-2010):(Ibid)

ENCLOSURES          PAGE 7.

1

2

3

4

5   III.   Statement of Claim.

6           State here as briefly as possible the facts of your case.  Be sure to describe how each

7   defendant is involved and to include dates, when possible.  Do not give any legal arguments or

8   cite any cases or statutes.  If you have more than one claim, each claim should be set forth in a

9   separate numbered paragraph. When I was on the street's a

10  incident happened at Feather Falls Casino on

11  date of (07/12/02) and time of approximately;

12  9:00 A.M., wherefore; I was injured from

13  a employee or patron while I was getting off

14  their transport bus I was hit from behind

15  and pushed off the bus and jointly slipping

16  off the stairs that was covered with mud

17  from the construction that was going on to

18  pave and modify the drive way to Feather

19  Falls Casino cause of the construction that was

20  going on—"You could only drive your vehicle

21  on the gravel parking lot" and "the bus would

22  pick you up and drop you off at the casino".

23  IV.   Relief.

24          Your complaint cannot go forward unless you request specific relief.  State briefly exactly

25  what you want the court to do for you.  Make no legal arguments; cite no cases or statutes.

26  Want civil case reopened and/or operable appeal

27  reinstated and case management conference

28  set and adopt, in full finding me victim contr
    ary to law and/or demands for trial and award-
    ed monetary/punitive damages and equitable relief
    COMPLAINT
    and compensatory for all damages or losses or
    injuries and all respondent(s) served a copy of compl.
    /Summons/Ct. filing's; Page 8.

ENCLOSURES: ANSWERS CONTINUED: FROM
PAGE (6- )

PAGE 9
DATE: 3/8/13

As soon as I got up from the slip/fall I went and
reported the incident to the "Jane Doe" employee
and she asked what had happened to me by "Jane
Doe" on the bus and I explained her to what had
happened and put the information on paper cause
I was not getting any type of coverage from the
injuries to my back and neck. In accord: ("no signs
or warning signs for the patron"; "no insurance
coverage or liability coverage"; "threatened by a
"John Doe" as the tribal officer that came down to
the Butte County Jail"; "drug/poison induced that
was tainted in beverages and sales of drugs and
raffling tickets and exchanging/dissemination of
United States coin's and currency and assaulted";
"Installing part's and excessories and technology
to enhance and conduct casino business for the
machines". For the foregoing reasons and causes
I have attempted to seek relief/default relief
and receive available remedies and cumulative
/punitive remedies" as to no avail" in compelling
legal action at proper subject matter jurisdiction
and in exhausted court level's; and for several
reason's why I could not evoke duly civil case that

ENCLOSURES          PAGE 9 .

ENCLOSURES: ANSWERS CONTINUED: FROM
PAGE (6-  )

was induced or sabotaged while I was imprison
ed pertinent to legal case number's (case no.# 1376
08-) Butte Co. Sup. Ct.,) and (case number # S126762-
Ca. S. Ct.) and (case no.# CIV S-03-1627 WBS JFM PS);
and other cognizable claims pertaining where as to;)
being temporarily incompetent/insanities repeated
from being drug/poison induced/deranged/incapac
itated/opposing parties inhibiting - hinder - interv
ention - interference's, and ("multiple") mental/
physical disabilities. After I appealed from decis
ions rendered in lower court's from date's of (2002
/2003/2004/2005/2006) and continued to date, I
was not able to execute or prosecute or answer
from a legitimate/bonafide civil case by order in
United States District Court, Eastern District of Ca.
and while being at (S.V.S.-Prison) from date's of
( 2005 through 2010) my legal work was being
messed with and sabotage on incoming/outgoing
legal mail. When I responded to district court's
order in (2006) I attached a CDC # 193 Form to
an envelope and timely sent out via by U.S.
mail for deliver to court's. A couple week's later
it came back with no CDC 193 Form to pay U.S.
mail for postage and delivery. From causation the
results were dismissing civil case/litigation.

ENCLOSURES          PAGE 10 .

1  Opposing parties were merely making it
2  impossible to have possible viable access
3  to courts while for relief and/or available
4  remedies; and sabotaging in coming/out going
5  mail; I declare under penalty of perjury that the foregoing is true and correct.

6

7  Signed this 18th day of February, 20 13.

8

9  By: Jessey Lio Youngblood.

10  (Plaintiff's signature)

11

12  02.18.13.

13

14

15

16  02.18.13.

17  (J.Y)

18

19  "Petitioner/Appellant in Propria Persona"

20

21

22

23

24

25

26

27

28

COMPLAINT                    - 4 -

Page 11.

ATTACHMENTS

# EXHIBIT
# COVER PAGE



"A"

EXHIBIT

DESCRIPTION OF THIS EXHIBIT: (General)-Verification as to Petitioner/Appellant/Plaintiff's cognizable claim's comprising to pertinent to civil - new - miscellaneous Case number (No.# );

NUMBER OF PAGES TO THIS EXHIBIT: (13—61) PAGES

JURISDICTION: (CHECK ONLY ONE)

☐ MUNICIPAL COURT

☐ SUPERIOR COURT

☐ APPELLATE COURT

☐ STATE SUPREME COURT

☒ UNITED STATES DISTRICT COURT - Northern District of California

☐ STATE CIRCUIT COURT

☐ UNITED STATES SUPREME COURT

☐ GRAND JURY

Page 13.

# EXHIBIT A

# MEDICATION RECONCILIATION - ACTIVE MEDICATIONS AS OF 12/7/2010 2:05:30 PM

**Patient (DOB):** YOUNGBLOOD, JESSE (10/16/1966)
**CDCR#:** H60800   **Unit#:** D1-203L

SALINAS VALLEY STATE PRISON

Page 2 of 5

| Drug Name (Generic Name) | Start Date | Last Dispensed | Expiration Date | Rx# Doctor | Refills Left | Qty | Refills |
|---|---|---|---|---|---|---|---|
| ☐ REFILLS: ☐ PRN ☐ KOP ☐ STOP  ASPIRIN 81 MG TABLET DR (aspirin ec 81 mg tablet) SIG: TAKE 1 TABLET BY MOUTH EVERY DAY **KOP** AUTO REFILL ** KOP | 9/24/2010 | 11/15/2010 | 12/22/2011 | 356128447-1 TUVERA-MD, F. | 0 | 30 | 30 |
| ☐ REFILLS: ☐ PRN ☐ KOP ☐ STOP  CHLORPHENIRAMINE MALEATE 4 MG TABLET (aller-chlor 4 mg tablet) SIG: TAKE 1 TABLET BY MOUTH 3 TIMES A DAY FOR 14 DAYS FOR NASAL ALLERGIES *KOP** KOP | 11/29/2010 | 11/29/2010 | 12/13/2010 | 356141545-1 TUVERA-MD, F. | 0 | 42 | 14 |
| ☐ REFILLS: ☐ PRN ☐ KOP ☐ STOP  DIVALPROEX SODIUM 500 MG TAB SR 24H (divalproex sod er 500 mg tab srd) SIG: TAKE 2 TABLETS (1000MG) BY MOUTH EVERY NIGHT AT BEDTIME **NA** AUTO REFILL (DO NOT CRUSH )NON-FORMULARY APPROVED UNTIL 01-04-2011 ** N/A | 11/15/2010 | 11/15/2010 | 1/4/2011 | 356139222-1 NORUM-MH, VA. | 2 | 60 | 30 |
| ☐ REFILLS: ☐ PRN ☐ KOP ☐ STOP  FLUNISOLIDE 25 MCG (0.025 %) SPRAY (flunisolide 0.025% spray) SIG: USE 2 SPRAYS IN EACH NOSTRIL EVERY DAY FOR 30 DAYS **KOP** KOP | 11/29/2010 | 11/29/2010 | 12/29/2010 | 356141546-1 TUVERA-MD, F. | 0 | 25 | 50 |
| ☐ REFILLS: ☐ PRN ☐ KOP ☐ STOP  IBUPROFEN 400 MG TABLET (ibuprofen 400 mg tablet) SIG: TAKE 1 TABLET BY MOUTH 3 TIMES A DAY FOR BACK/NECK/JOINT PAIN WITH FOOD FOR 14 DAYS *KOP** NON-KOP | 11/29/2010 | 11/29/2010 | 12/13/2010 | 356141547-1 TUVERA-MD, F. | 0 | 42 | 14 |
| ☐ REFILLS: ☐ PRN ☐ KOP ☐ STOP  LISINOPRIL 10 MG TABLET (lisinopril 10 mg tablet) SIG: TAKE 1 TABLET BY MOUTH DAILY FOR 90 DAYS **KOP** AUTO REFILL ** KOP | 9/24/2010 | 12/23/2010 | 12/23/2010 | 356123440-4 TUVERA-MD, F. | 0 | 30 | 30 |
| ☐ REFILLS: ☐ PRN ☐ KOP ☐ STOP  LITHIUM CARBONATE 450 MG TABLET SA (lithium er 450 mg tablet ud) SIG: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME (DO NOT CRUSH) **NA** AUTO REFILL NON-FORMULARY APPROVED (UNTIL 01-04-2011) ** N/A | 11/15/2010 | 11/15/2010 | 1/4/2011 | 356139226-1 NORUM-MH, VA. | 2 | 30 | 30 |
| ☐ REFILLS: ☐ PRN ☐ KOP ☐ STOP  MIRTAZAPINE 15 MG TABLET (mirtazapine 15 mg tablet ud) SIG: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME **NA** AUTO REFILL ** N/A | 10/6/2010 | 11/22/2010 | 1/4/2011 | 356131837-3 NORUM-MH, VA. | 0 | 30 | 30 |
| ☐ REFILLS: ☐ PRN ☐ KOP ☐ STOP  RISPERIDONE 4 MG TABLET (risperidone 4 mg tablet ud) SIG: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME **NA** AUTO REFILL ** N/A | 10/6/2010 | 11/22/2010 | 1/4/2011 | 356131838-3 NORUM-MH, VA. | 0 | 30 | 30 |
| ☐ REFILLS: ☐ PRN ☐ KOP ☐ STOP  SERTRALINE HCL 100 MG TABLET (sertraline hcl 100 mg tablet) SIG: TAKE 1 TABLET BY MOUTH EVERY MORNING **NA** AUTO REFILL ** N/A | 10/6/2010 | 11/22/2010 | 1/4/2011 | 356131836-3 NORUM-MH, VA. | 0 | 30 | 30 |

**● ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS**

NEW PRESCRIPTION:

Allergies: No Known Allergies

SUBSTITUTION PERMITTED SIGNATURE

DISPENSE AS WRITTEN SIGNATURE

DEA# REQUIRED FOR CONTROLLED SUBSTANCES

... SEND TO PHARMACY ONCE COMPLETE ...

DATE/TIME   PROV#

PAGE 15

# MEDICATION RECONCILIATION - ACTIVE MEDICATIONS AS OF 11/24/2010 11:00:04 AM

**Patient (DOB): YOUNGBLOOD, JESSE (10/16/1966)**

**CDCR#: H60800    Unit#: D1-203L**

SALINAS VALLEY STATE PRISON

Page 1 of 16

| | Drug Name (Generic Name) | Start Date | Last Dispensed | Expiration/Stop Date | Rx # / Docket | Refills Left | Qty | Day |
|---|---|---|---|---|---|---|---|---|
| ☐ REFILLS: ☐ PRN ☐ KOP ☐ STOP | ASPIRIN 81 MG TABLET DR (aspirin ec 81 mg tablet)<br>SIG: TAKE 1 TABLET BY MOUTH EVERY DAY **KOP** AUTO REFILL ** KOP | 9/24/2010 | 11/15/2010 | 1/22/2011 | 3561294424<br>TUVERA-MID F | 0 | 30 | 30 |
| ☐ REFILLS: ☐ PRN ☐ KOP ☐ STOP | DIVALPROEX SODIUM 500 MG TAB SR 24H (divalproex socf er 500 mg tab ud)<br>SIG: TAKE 2 TABLETS (1000MG) BY MOUTH EVERY NIGHT AT BEDTIME **NA** AUTO REFILL (DO NOT CRUSH) NON-<br>FORMULARY APPROVED UNTIL 01-04-2011 ** N/A | 9/24/2010 | 11/15/2010 | 1/4/2011 | 3561393224-1<br>NORUM-MH, VA | 2 | 60 | 30 |
| ☐ REFILLS: ☐ PRN ☐ KOP ☐ STOP | LISINOPRIL 10 MG TABLET (lisinopril 10 mg tablet)<br>SIG: TAKE 1 TABLET BY MOUTH DAILY FOR 90 DAYS **KOP** AUTO REFILL ** KOP | 9/24/2010 | 11/15/2010 | 12/22/2010 | 3561294044<br>TUVERA-MID, F | 0 | 90 | 90 |
| ☐ REFILLS: ☐ PRN ☐ KOP ☐ STOP | LITHIUM CARBONATE 450 MG TABLET SA (lithium er 450 mg tablet ud)<br>SIG: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME (DO NOT CRUSH) **NA** AUTO REFILL NON-<br>FORMULARY APPROVED UNTIL 01-04-2011 ** N/A | 11/15/2010 | 11/15/2010 | 1/4/2011 | 3561393225-1<br>NORUM-MH, VA | 2 | 30 | 30 |
| ☐ REFILLS: ☐ PRN ☐ KOP ☐ STOP | MIRTAZAPINE 15 MG TABLET (mirtazapine 15 mg tablet ud)<br>SIG: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME **NA** AUTO REFILL ** N/A | 11/23/2010 | 11/23/2010 | 1/4/2011 | 3561315553<br>NORUM-MH, VA | 0 | 30 | 30 |
| ☐ REFILLS: ☐ PRN ☐ KOP ☐ STOP | RISPERIDONE 4 MG TABLET (risperidone 4 mg tablet ud)<br>SIG: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME **NA** AUTO REFILL ** N/A | 10/6/2010 | 11/23/2010 | 1/4/2011 | 3561315557-3<br>NORUM-MH, VA | 0 | 30 | 30 |
| ☐ REFILLS: ☐ PRN ☐ KOP ☐ STOP | SERTRALINE HCL 100 MG TABLET (sertraline hcl 100 mg tablet)<br>SIG: TAKE 1 TABLET BY MOUTH EVERY MORNING **NA** AUTO REFILL ** N/A | 10/6/2010 | 11/23/2010 | 1/4/2011 | 3561318863<br>NORUM-MH, VA | 0 | 30 | 30 |

🖑 ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

*Chlorpromazine 4 mg tab, 1 tab po TId po **4days***
*(for nasal allergies) (kop)*
*Ibuprofen 600 mg tab, 1tab po Tid x 14days*
*(for back/neck/joint pain) (kop)*

N. WOSBRN 1/00
Norum MH 11/24/10

PAGE 16.

NEW PRESCRIPTION:

Allergies: No Known Allergies

| | | |
|---|---|---|
| Norum MH | 11/24/10 | |
| MEDICATION RECONCILIATION SIGNATURE | | |
| SUBSTITUTION PERMITTED SIGNATURE | DATE / TIME | PROV# |

**** SEND TO PHARMACY ONCE COMPLETE ****

| DISPENSE AS WRITTEN SIGNATURE | DEA REQUIRED FOR CONTROLLED SUBSTANCES |
|---|---|

RN   1506976

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☒

NAME Jesse L. Youngblood    CDC NUMBER #H60800    HOUSING A3-129L

PATIENT SIGNATURE Mr. Jesse L. Youngblood    DATE 06/18/07.

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) (NEED PRESCRIPTION, RE-ORDERED OR SEEN AGAIN)—RN + DOCTOR "Just Seen Recently"—Never Received New Prescribed Meds: (500 Mg. of (Previous Back/Neck ACETAMINOPHEN TABS), For Pain/Headaches Injuries—Headaches) As Needed (2 to 3) TABS (3) X's A Day:

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

## PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: 6/19/07  0800 | Reviewed by: Demra |

S:  Neck pain Back pain (Headaches)    Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:  T: 7.0  P: 80  R: 16  BP: 117/75  WEIGHT: 166

Naprosen Worked for a while
Acetaminophen for Headaches + Neck pain Back pain

A:

P:  See Encounter form

☐ **See Nursing Encounter Form**

E:  Cold Compress To Back of Head
drink H2O May Be dehydration

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY J Garner RN | | NAME OF INSTITUTION USP | |
| PRINT / STAMP NAME J Garner RN | SIGNATURE / TITLE RN | | DATE/TIME COMPLETED 6/20/07 |

PAGE 17.

1640678

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR: — MEDICAL ☒ —MENTAL HEALTH ☐ —DENTAL ☐ —MEDICATION REFILL ☒

| NAME Jesse L. Youngblood | CDC NUMBER H60800 | HOUSING F3-15-109U |
|---|---|---|

| PATIENT SIGNATURE  Mr. Jesse L. Youngblood | DATE June 5, 2011. |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)  On or About the date of 12-23-10 I was injured on the seats of a transport bus while being transferred from S.N.S. Prison to R.J. Donovan. This created new injuries and enhanced to prior injuries from incident. Have been taking MAPAP 325 MG Tablets - (ACETAMINOPHEN) as needed for pain from back/neck/arm. "Ran out of Meds/Need Renewed"

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☑ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

| PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

| Date / Time Received: 6/7/11 @ 0800 | Received by: J. Boucher |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: J. Boucher |

S: Injury 2002 Fell on jobsite.

Pain Scale:  1  2  3  4  5  6  7  8  9  10

(A) NKDA
(M) Medication compliant
(P) Hx. trauma fall 2002
(L) Breakfast
(E) "I have an old injury that was (Re)injured 12/23/10."

A - Lower back & neck
I' Anywhere from 10 to 5  Sharp & dull.
N - Tylenol helps.

O:  T: 98.7  P: 78  R: 14  BP: 112/73  WEIGHT: 193 lb  Ht. 70.5"
I wanto to get more pain medication. I had injuries in the past my back and neck hurt. Stiff neck & lower back. ROM ↓. I slept & fell on bus during lay over. 12/10 during transport. Ambulatory. Facial grimace. Appears stiff

A: Pain Chronic RT trauma fall 2002 per I/p. evidenced by facial grimace.

P: Reassurance. Advised to seek medical as needed. Will ask M.D.

☐ See Nursing Encounter Form   to renew Tylenol and refer to M.D. line 1st appt. available.

E: Education sick call process and encouraged to take all medication prescribed. Exercise within limits of mobility. Stretch lower back and neck within physical limits. Verbalized knowledge of stretching to loosen stiff lower back & neck.

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☑ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|

| COMPLETED BY S. Boucher RN | NAME OF INSTITUTION RJDCF |
|---|---|

| PRINT / STAMP NAME S. Boucher | SIGNATURE / TITLE S. Boucher RN | DATE/TIME  COMPLETED 6/8/11 @ 1100 |
|---|---|---|

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

*RN*

1410162

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:  MEDICAL ☑  MENTAL HEALTH ☐  DENTAL ☐  MEDICATION REFILL ☑

NAME: JESSE L. Youngblood   CDC NUMBER: H60800   HOUSING: A3-129L

PATIENT SIGNATURE: MR. Jimmy L. Youngblood   DATE: 06/12/07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES (Describe Your Health Problem And How Long You Have Had The Problem): BACK/NECK INJURIES — "PAIN" (PREVIOUS) AND RECENTLY WRENCHED AND PULLED MUSCLES IN NECK/SHOULDER AREA: NEED MUSCLE RUB CREAM + REFILL/NEW PRESCRIBED (ACETAMINOPHEN 500 MG TAB MFG: IN) 2 TABS 3 TIMES A DAY AS NEEDED FOR PAIN — (IBUPROFEN 200 MG) FOR HEADACHES/PAIN RELIEVER?

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: _____   Received by: _____

Date / Time Reviewed by RN: _____ 6/13/07   Reviewed by: _____ C

S: Neck pain                          Pain Scale:  1  2  3  4  5  6  7  8  9  10

O: T: 97.2  P: 80  R: 18  BP: 125/83  WEIGHT:

A:

P: See Encounter form

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

REFERRED TO PCP: _____   DATE OF APPOINTMENT: _____

COMPLETED BY: T. Carney RN   NAME OF INSTITUTION: SVSP

PRINT / STAMP NAME: T. Carney RN   SIGNATURE / TITLE: _____   DATE/TIME COMPLETED: 6/14/07 12N

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

PAGE 19

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

719369

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:      MEDICAL ☑      MENTAL HEALTH ☐      DENTAL ☐      MEDICATION REFILL ☑

NAME: Jesse L. Youngblood     CDC NUMBER: HC0800     HOUSING: AD.SEG.D1-202L

PATIENT SIGNATURE: Mr. JL Youngblood     DATE: 12/15/10

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

1. Pain reliever for back/neck/joints pain and discomfort and arthritis; 2. Sinus/Nasal Allergies — Aller-Chlor tabs Tablets decongestant...

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**      L. TURNER R.N.

Date / Time Received: A. CHALICH, RN       Received by: CHALICH, RN

Date / Time Reviewed by RN: 12/17  11/17       Reviewed by: CHALICH, RN

S:     Pain Scale:  1  2  3  4  5  6  7  8  9  10

(REFUSED TO BE SEEN)

O:    T:        P:        R:        BP:        WEIGHT:

A:

P:

☐ **See Nursing Encounter Form**

DEC 2 3 2010

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|

REFERRED TO PCP:       DATE OF APPOINTMENT:

COMPLETED BY  L. TURNER R.N.       NAME OF INSTITUTION: SVSP

PRINT / STAMP NAME  L. TURNER R.N.     SIGNATURE/TITLE  J. Turner RN     DATE/TIME COMPLETED  DEC 21 2010

CDC 7362 (Rev. 03/04)     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

# Exhibit

"B"

(General) — Verification in
support of Petitioner/Appellants
Page 21. civil case claim's by CDCR 119 and
CDCR 602 Form's omitted.

PAGE 22.

ENCLOSURES: ANSWERS CONTINUED: (SUMMARY) IN GEN. DATE: 3/8/13.
(Ibid)

| DATE | CDC# | NAME | SENDER |
|------|------|------|--------|
| 12/13/05 | H60800 | YOUNGBLOOD | AAL, D. SPECTER, SAN QUENTIN, CA 94964 |
| 12/13/05 | H60800 | YOUNGBLOOD | BUTTE CO SUPERIOR CRT, CHICO, CA 95926 |
| 01/04/06 | H60800 | YOUNGBLOOD | LAW OFFICES OF SILES & FOSTER; CHICO, CA 95928 |
| 01/10/06 | H60800 | YOUNGBLOOD | CHIEF, INMATE APPEALS; SACTO, CA 94283 |
| 01/18/06 | H60800 | YOUNGBLOOD | STATE BAR OF CA; LA, CA 90015 |
| 01/18/06 | H60800 | YOUNGBLOOD | STATE BAR OF CA; LA, CA 90015 |
| 01/31/06 | H60800 | YOUNGBLOOD | GEORGE L. BOND, AAL; SACTO, CA 95816 |
| 02/01/06 | H60800 | YOUNGBLOOD | SUPREME COURT; SACTO, CA 95814 (RTS UTF RECV'D DAMAGED) |
| 02/08/06 | H60800 | YOUNGBLOOD | SUPREME COURT CLERK; SACTO, CA 95814 (RTS UTF) |
| 02/14/06 | H60800 | YOUNGBLOOD | SUPREME COURT; SACTO, CA 95814 (RECV'D DAMAGED) |
| 02/15/06 | H60800 | YOUNGBLOOD | SUPREME COURT CLERK; SACTO, CA 95814 (RTS UTF) |
| 02/21/06 | H60800 | YOUNGBLOOD | SUPREME COURT CLERK; SACTO, CA 95814 (RTS UTF) |
| 02/22/06 | H60800 | YOUNGBLOOD | SUPREME COURT; SACTO, CA 95814 (RTS UTF) |
| 02/24/06 | H60800 | YOUNGBLOOD | SUPREME COURT CLERK; SACTO, CA 95814 (RTS UTF) DAMAGED |
| 02/27/06 | H60800 | YOUNGBLOOD | SUPREME COURT; SACTO, CA 95814 (RTS UTF) |
| 03/01/06 | H60800 | YOUNGBLOOD | SUPREME COURT; SACTO, CA 95814 (RTS UTF) |
| 03/01/06 | H60800 | YOUNGBLOOD | SUPREME COURT; SACTO, CA 95814 (RTS UTF) (RECV'D DAMAGED) |
| 03/01/06 | H60800 | YOUNGBLOOD | SUPREME COURT CLERK; SACTO, CA 95814 (RTS UTF) |
| 03/03/06 | H60800 | YOUNGBLOOD | SUPREME COURT CLERK; SACTO, CA 95814 (RTS FOE) |
| 03/03/06 | H60800 | YOUNGBLOOD | SUPREME COURT CLERK; SACTO, CA 95814 (RTS UTF) |
| 03/06/06 | H60800 | YOUNGBLOOD | SUPREME COURT; SACTO, CA 95814 (RTS UTF) |
| 03/08/06 | H60800 | YOUNGBLOOD | US DIST COURT CLERK; SACTO, CA 95814 |
| 03/17/06 | H60800 | YOUNGBLOOD | SUPREME COURT CLERK; SAN FRAN, CA 94102 —4797 T. 415• 865• 7000° |
| 03/23/06 | H60800 | YOUNGBLOOD | SUPREME COURT; SAN FRAN, CA 94102 —4797 T. 415• 865• 7000° |

ENCLOSURES          PAGE 22.

PAGE 23.

ENCLOSURES: ANSWERS CONTINUED: (Ibid)

DATE: 3/8/13.

| DATE | CDC# | NAME | SENDER |
|------|------|------|--------|
| 04/07/06 | H60800 | YOUNGBLOOD | US DIST COURT CLERK; SACTO, CA 95814 |
| 04/25/06 | H60800 | YOUNGBLOOD | US DIST COURT CLERK; SACTO, CA 95814 |
| 05/23/06 | H60800 | YOUNGBLOOD | SUPERIOR COURT; CHICO, CA 95926 |
| 06/05/06 | H60800 | YOUNGBLOOD | SUPERIOR COURT; CHICO, CA 95926 |
| 06/05/06 | H60800 | YOUNGBLOOD | SUPERIOR COURT; CHICO, CA 95926 |
| 06/05/06 | H60800 | YOUNGBLOOD | SUPERIOR COURT; CHICO, CA 95926 |
| 06/05/06 | H60800 | YOUNGBLOOD | SUPERIOR COURT; CHICO, CA 95926 |
| 06/08/06 | H60800 | YOUNGBLOOD | US DIST COURT CLERK; SACTO, CA 95814 |
| 08/04/06 | H60800 | YOUNGBLOOD | SUPERIOR CRT. CHICO CA 95926 |
| 08/22/06 | H60800 | YOUNGBLOOD | DISTRICT CRT. CHRISTIANSTED  ST. CROIX VI 00820 |
| 09/14/06 | H60800 | YOUNGBLOOD | US DIST COURT CLERK; SACTO, CA 95814 |
| 09/26/06 | H60800 | YOUNGBLOOD | SUPERIOR CRT. CHICO CA 95926 |
| 10/04/06 | H60800 | YOUNGBLOOD | U.S.D.C. SAC CA 95814 |
| 10/06/06 | H60800 | YOUNGBLOOD | CRT. OF APPEALS SAN FRAN CA 94119 |
| 10/26/06 | H60800 | YOUNGBLOOD | U.S.D.C. SAC CA 95814 |
| 11/21/06 | H60800 | YOUNGBLOOD | SUPREME COURT CLERK; SAN FRAN, CA 94102 |
| 11/21/06 | H60800 | YOUNGBLOOD | U.S.D.C. HAGATNA GUAM 96910 |
| 12/18/06 | H60800 | YOUNGBLOOD | SUPERIOR CRT. OROVILLE CA 95965 |
| 12/26/06 | H60800 | YOUNGBLOOD | SUP CRT OROVILLE CA |
| 12/28/06 | H60800 | YOUNGBLOOD | CRT. OF APPEAL SAC CA 95814 |
| 12/28/06 | H60800 | YOUNGBLOOD | SUPERIOR CRT. OROVILLE CA 95965 |
| 01/08/07 | H60800 | YOUNGBLOOD | SUPREME CRT. SF CA 94105 |
| 01/17/07 | H60800 | YOUNGBLOOD | CRT. OF APPEAL SAC CA 95814 |
| 01/23/07 | H60800 | YOUNGBLOOD | CRT. OF APPEALS SF CA 94119 |

Incoming Mail-SVSP :(Ibid)

ENCLOSURES          PAGE 23.

PAGE 24.

# ENCLOSURES : ANSWERS CONTINUED ; (Ibid)

DATE: 3/8/13.

| DATE | CDC# | NAME | SENDER |
|------|------|------|--------|
| 01/30/07 | H60800 | YOUNGBLOOD | SUPREME CRT. SF CA 94102 BOX |
| 02/02/07 | H60800 | YOUNGBLOOD | CRT OF APP SAC CA 95814 |
| 02/27/07 | H60800 | YOUNGBLOOD | CRT. OF APPEALS SF CA 94119 |
| 04/04/07 | H60800 | YOUNGBLOOD | CRT. OF APPEAL 3RD SAC CA 95814 |
| 04/06/07 | H60800 | YOUNGBLOOD | COURT OF APPEAL, 3RD APPELLATE DIST., SAC., CA. 95814 |
| 04/12/07 | H60800 | YOUNGBLOOD | CRT. OF APPEAL 3RD SAC CA 95814 |
| 04/13/07 | H60800 | YOUNGBLOOD | U.S.D.C. SAC CA 95814 |
| 05/09/07 | H60800 | YOUNGBLOOD | CRT. OF APPEALS SF CA 94119 |
| 06/06/07 | H60800 | YOUNGBLOOD | SUPREME CRT. SF CA 94102 |
| 06/08/07 | H60800 | YOUNGBLOOD | SUPREME COURT OF CA., OFFICE OF CLERK, SAN FRAN. |
| 06/14/07 | H60800 | YOUNGBLOOD | SUPREME CRT. OF THE ST. OF CA., SAN FRAN., CA. 94102 |
| 06/20/07 | H60800 | YOUNGBLOOD | U.S.D.C. EASTERN SAC CA 95814 |
| 08/14/07 | H60800 | YOUNGBLOOD | SUPREME COURT CLERK; WASHINGTON, DC 20543 – 0001 T. 202·479·3392 ; |
| 08/20/07 | H60800 | YOUNGBLOOD | OFFC. OF CLERK, SUP. CRT. U.S., WASHINGTON D.C. 20543 |
| 10/01/07 | H60800 | YOUNGBLOOD | SUPREME CRT. WASHINGTON DC 20543 BOX |
| 10/05/07 | H60800 | YOUNGBLOOD | OFFICE OF THE CLERK SUPREME CRT. OF THE U.S. WASHINGTON, D.C. 20543 |

NOTICE – ("PLEASE REFER TO All other Attach's. comprised ; (AND/ OR ) other ("INFO/KNOWLEDGE") THAT EXCERPTS 'OF RECORD, AND CONTEMPORANEOUSLY follow's within CAUSE OF ACTION PERT. TO RELATED CASE AS by MEANS, AND purposes AS defined FOR "RELATED– VALID/Applicable" ANSWER'S HEREIN, i.e.; e.g.; IN supRA "(Ibid), (SUMMARY), IN GenerAlly) :

Incoming Mail-SVSP : (Ibid)

4

ENCLOSURES            PAGE 24.

ENCLOSURES: ANSWERS CONTINUED: (Ibid)

DATE: 3/8/13

| DATE | CDC# | NAME | ADDRESSEE |
|------|------|------|-----------|
| 2/27/06 | H60800 | YOUNGBLOOD | SUPREME CRT. SAC CA 95814 |
| 2/27/06 | H60800 | YOUNGBLOOD | SUPREME CRT. SAC CA 95814 |
| 3/1/06 | H60800 | YOUNGBLOOD | SUPREME CRT. SAC CA 95814 |
| 3/9/06 | H60800 | YOUNGBLOOD | SUPREME CRT. SAN FRAN CA 94102 |
| 3/9/06 | H60800 | YOUNGBLOOD | SUPREME CRT. SAN FRAN CA 94102 |
| 3/9/06 | H60800 | YOUNGBLOOD | SUPREME CRT. SAN FRAN CA 94102 |
| 3/9/06 | H60800 | YOUNGBLOOD | SUPREME CRT. SAN FRAN CA 94102 |
| 3/9/06 | H60800 | YOUNGBLOOD | SUPREME CRT. SAN FRAN CA 94102 |
| 3/17/06 | H60800 | YOUNGBLOOD | SUPREME CRT. SAN FRAN CA 94102 |
| 3/24/06 | H60800 | YOUNGBLOOD | U.S.D.C. SAC CA 95814 |
| 4/17/06 | H60800 | YOUNGBLOOD | USDC SAC CA 95814 |
| 5/8/06 | H60800 | YOUNG BLOOD | SUP CRT CHICO CA 95926 |
| 5/8/06 | H60800 | YOUNG BLOOD | SUP CRT CHICO CA 95926 |
| 5/8/06 | H60800 | YOUNG BLOOD | SUP CRT CHICO CA 95926 |
| 5/8/06 | H60800 | YOUNGBLOOD | SUP CRT CHICO CA 95926 |
| 5/10/06 | H60800 | YOUNGBLOOD | SUPERIOR CRT. CHICO CA 95926 |
| 5/12/06 | H60800 | YOUNGBLOOD | CRT. OF APPEALS SAN FRAN CA 94119 |
| 5/19/06 | H60800 | YOUNGBLOOD | SUPERIOR CRT. CHICO CA 95926 |
| 5/25/06 | H60800 | YOUNGBLOOD | U.S.D.C. SAC CA 95814 |
| 5/26/06 | H60800 | YOUNGBLOOD | SUP CRT CHICO CA 95926 |
| 6/1/06 | H60800 | YOUNGBLOOD | U.S.D.C. SAC CA 95814 |
| 6/19/06 | H60800 | YOUNGBLOOD | SUP CRT CHICO CA 95926 |
| 6/19/06 | H60800 | YOUNGBLOOD | SUP CRT CHICO CA 95926 |
| 6/19/06 | H60800 | YOUNGBLOOD | SUP CRT CHICO CA 95926 |

ENCLOSURES: ANSWERS CONTINUED: (Ibid)

DATE: 3/8/13

| DATE | CDC# | NAME | ADDRESSEE |
|------|------|------|-----------|
| 6/21/06 | H60800 | YOUNGBLOOD | SUPERIOR CRT. CHICO CA 95926 |
| 7/10/06 | H60800 | YOUNGBLOOD | SUPERIOR CRT. CHICO CA 95926 |
| 8/1/06 | H60800 | YOUNGBLOOD | US CRTS ST CROLX VI 00820 |
| 8/2/06 | H60800 | YOUNGBLOOD | DIST CRT HAGATNA GMAM 96910 |
| 8/2/06 | H60800 | YOUNGBLOOD | DISTRICT OF GUAM HAGATNA GUAM 96910 |
| 8/2/06 | H60800 | YOUNGBLOOD | DIST CRT ST THOMAS VI 00802 |
| 8/7/06 | H60800 | YOUNG BLOOD | NETH CENT AUTHORITIES THE NETHERLANDS |
| 8/24/06 | H60800 | YOUNGBLOOD | BUTTE CO. SUPERIOR COURT, ORVILLE, CA.95965 |
| 11/2/06 | H60800 | YOUNGBLOOD | U.S.C.OF APPEALS, 9TH CIRCUIT, SAN FRA., CA. 94119 |
| 11/6/06 | H60800 | YOUNGBLOOD | U.S.C.OF APPEALS, 9TH CIRUIT, SAN FRAN., CA. 94119 |
| 11/8/06 | H60800 | YOUNGBLOOD | U.S.C.OF APPEALS, 9TH CIRCUIT, SAN FRAN., CA. 94119 |
| 11/15/06 | H60800 | YOUNGBLOOD | U.S.C.OF APPEALS, 9TH CIRCUIT, SAN FRAN., CA. 94119 |
| 11/30/06 | H60800 | YOUNGBLOOD | U.S.C. OF APPEALS, 9TH CIRCUIT, SAN FRAN., CA. 94119 |
| 12/8/06 | H60800 | YOUNBLOOD | BUTTE CO. SUPER. CT., CASE#137608, CHICO,CA. 95926 |
| 12/13/06 | H60800 | YOUNGBLOOD | BUTTE CO. SUPER. COURT, CHICO, CA. 95926 |
| 12/29/06 | H60800 | YOUNGBLOOD | SUPREME COURT OF CA., SAN FRAN., CA. 94102 |
| 1/8/07 | H60800 | YOUNGBLOOD | SUPER. COURT, ATTN: APPEALS, OROVILLE, CA. 95965 |
| 1/8/07 | H60800 | YOUNGBLOOD | COURT OF APPEALS, SAC., CA. 95814 |
| 1/16/07 | H60800 | YOUNGBLOOD | CA SUP CRT, CLERK  SF CA 94102 |
| 1/16/07 | H60800 | YOUNGBLOOD | CA SUP CRT, CLERK SF CA 94102 |
| 1/19/07 | H60800 | YOUNGBLOOD | 3RD APPELLATE DIST., SAC., CA. 9583 |
| 1/29/07 | H60800 | YOUNGBLOOD | U.S.C. OF APPEALS, 9TH CIRCUIT, SAN FRAN., CA. 94119 |
| 3/27/07 | H60800 | YOUNGBLOOD | U.S.D.C.EAST. DIST. OF CA., SAC., CA. 95814 |
| 3/28/07 | H60800 | YOUNGBLOOD | COURT OF APPEAL, 3RD APPELLATE DIST., SAC., CA. 95814 |

Outgoing Legal-SVSP : (Ibid)

4

PAGE 27.

ENCLOSURE: ANSWERS CONTINUED: (Ibid)

DATE: 3/8/13.

| DATE | CDC# | NAME | ADDRESSEE |
|------|------|------|-----------|
| 3/29/07 | H60800 | YOUNGBLOOD | U.S.D.C.EAST. DIST. OF CA., SAC., CA. 95814 |
| 4/5/07 | H60800 | YOUNGBLOOD | COURT OF APPEAL, 3RD APPELLATE DIST., SAC., CA. 95814 |
| 4/26/07 | H60800 | YOUNGBLOOD | U.S.OF APPEALS, 9TH CIRCUIT, SAN FRAN., CA. 94119 |
| 5/11/07 | H60800 | YOUNGBLOOD | USDC SAC CA 95814 |
| 5/29/07 | H60800 | YOUNGBLOOD | CA. SUPREME CRT., CASE#005448, SAN FRAN., CA. 94102 |
| 6/1/07 | H60800 | YOUNGBLOOD | CA. SUPREME CRT., CASE #C054484, SAN FRAN., CA. 94102 |
| 6/1/07 | H60800 | YOUNBLOOD | CA. SUPREME CRT., CASE#137608,#C054484, SAN FRAN., CA. 94102 |
| 6/1/07 | H60800 | YOUNGBLOOD | CA. SUPREME CRT., CASE#137608,#C054484, SAN FRAN., CA. 94102 |
| 6/5/07 | H60800 | YOUNGBLOOD | CA. SUPREME CRT., CASE#137608-#C054484, SAN FRAN., CA. 94102 |
| 6/5/07 | H60800 | YOUNGBLOOD | CA. SUPREME CRT., CASE#137608-#C054484, SAN FRAN.. CA. 94102 |
| 6/5/07 | H60800 | YOUNGBLOOD | CA. SUPREME CRT., CASE#137608-#C054484, SAN FRAN., CA. 94102 |
| 6/11/07 | H60800 | YOUNGBLOOD | SUPREME CRT., SAN FRAN.. CA. 94102 |
| 6/14/07 | H60800 | YOUNGBLOOD | CA. SUPREME CRT., SAN FRAN., CA. 94102 |
| 6/15/07 | H60800 | YOUNGBLOOD | CA. SUPREME CRT., SAN FRAN, CA. 94102 |
| 7/6/07 | H60800 | YOUNGBLOOD | U.S.D.C.EAST. DIST. OF CA., SAC., CA. 95814 |
| 7/23/07 | H60800 | YOUNGBLOOD | U.S.D.C.EAST. DIST. OF CA., SAC., CA. 95814 |
| 8/3/07 | H60800 | YOUNGBLOOD | US SUPREME CRT, CLERK WASH DC 20543 |
| 8/9/07 | H60800 | YOUNGBLOOD | SUPREME CRT., WASHINGTON, D.C. 20543 |
| 8/9/07 | H60800 | YUONGBLOOD | SUPREME CRT., WASHINGTON, D.C. 20543 |
| 9/18/07 | H60800 | YOUNGBLOOD | SUPREME CRT., WASHINGTON, D.C. 20543 |
| 9/18/07 | H60800 | YOUNGBLOOD | SUPREME CRT., WASHINGTON, D.C. 20543 |
| 9/18/07 | H60800 | YOUNGBLOOD | SUPREME CRT., WASHIGNTON, D.C. 20543 |
| 9/18/07 | H60800 | YOUNGBLOOD | SUPREME CRT., WASHINGTON, D.C. 20543 |
| 9/18/07 | H60800 | YOUNGBLOOD | SUPREME CRT., WASHINGTON, D.C. 20543 |

Outgoing Legal-SVSP : (Ibid)

ENCLOSURES          PAGE 27.

5

ENCLOSURES: ANSWERS CONTINUED: (Ibid)

DATE: 3/8/13

| DATE | CDC# | NAME | ADDRESSEE |
|------|------|------|-----------|
| 9/18/07 | H60800 | YOUNGBLOOD | SUPREME CRT., WASHINGTON, D.C. 20543 |
| 9/18/07 | H60800 | YOUNGBLOOD | SUPREME CRT., WASHINGTON, D.C. 20543 |
| 9/18/07 | H60800 | YOUNGBLOOD | SUPREME CRT.. WASHINGTON, D.C. 20543 |
| 9/18/07 | H60800 | YOUNGBLOOD | SUPREME CRT.. WASHINGTON, D.C. 20543 |

NOTICE — ("Prisoner/Petitioner/Defend./Plaint./Appell./Interpleader
— Claimant/Complainant/Cross-Compl./Cross-Appell./Affiant"
— in pursuant to CA. Penal Code § PC(s) 7, 1247K, 77, 1010,
869, 4503, 777, 3405, 13200 et. seq., 1054.2, 1054.6, 1108, 1181, 102, 31, 959,
8725, 679, 96, 111, 784, 2601, 148, 141, 853f, 1404, 166, 26, 16, 17, 20, 21, 950,
1417.1, 209, 72, 222, 537, 967, 135, 168, 849, 96.5, 532, 132 et. seq., 11105, 444,
1280A, 212.5, 115, 602, 181, 673, 647, 33, 9, 1009, 4900 et. seq., 422.75, 270,
1280b, 502.5, 11, 11106, 5058 et. seq., 207-Generally, 186 et. seq., 518, 27, 270e,
999A, 496, 8, 526, etc., i.e., e.g., in Supra (Summary) In Generally"):
(Ibid)

**MAIL CARD (CDC FORM 119)**                                           *24-Nov-09*

| DATE | CDC# | NAME | SENDER |
|---|---|---|---|
| 08/08/05 | H60800 | YOUNGBLOOD | LARRY SOMMER, AAL; LA, CA 90064 (RTS UNABLE TO FWD) |
| 08/08/05 | H60800 | YOUNGBLOOD | LARRY SOMMER, AAL; LA, CA 90064 (RTS UNABLE TO FWD) |
| 08/11/05 | H60800 | YOUNGBLOOD | US DIST COURT; SACTO, CA 95814 (BOX) 1Z 823 608 03 1010 184 8 |
| 08/12/05 | H60800 | YOUNGBLOOD | LARRY SOMMER, ATTY; LA, CA 92268 (RTS INSUFF ADDRESS) |
| 08/15/05 | H60800 | YOUNGBLOOD | SUPERIOR COURT; OROVILLE, CA 95965 |
| 08/15/05 | H60800 | YOUNGBLOOD | DEPT OF HEALTH & HUMAN SVC; EUREKA, CA, 95501 |
| 08/26/05 | H60800 | YOUNGBLOOD | CHIEF, INMATE APPEALS; SACTO, CA 94283 |
| 09/12/05 | H60800 | YOUNGBLOOD | 3RD APPELLATE DIST COURT OF APPEAL; SACTO, CA 95814 |
| 09/12/05 | H60800 | YOUNGBLOOD | US DIST COURT CLERK; SACTO, CA 95814 |
| 09/13/05 | H60800 | YOUNGBLOOD | SUPERIOR COURT; MARYSVILLE, CA 95901 |
| 09/14/05 | H60800 | YOUNGBLOOD | CANDACE J. GRUBBS, CLERK RECORDER; OROVILLE, CA 95965 |
| 09/19/05 | H60800 | YOUNGBLOOD | LARRY SOMMER, ATTY; LA, CA 90063 (RTS INSUFF ADDRESS) |
| 09/19/05 | H60800 | YOUNGBLOOD | LARRY SOMMER, ATTY; LA, CA 90063 (RTS INSUFF ADDRESS) |
| 09/19/05 | H60800 | YOUNGBLOOD | LARRY SOMMER, ATTY; LA, CA 90063 (RTS INSUFF ADDRESS) |
| 09/19/05 | H60800 | YOUNGBLOOD | 3RD APPELLATE DIST COURT OF APPEALS CLERK; SACTO, CA 95814 |
| 09/21/05 | H60800 | YOUNGBLOOD | SUPERIOR COURT; LAKEPORT, CA 95453 |
| 09/26/05 | H60800 | YOUNGBLOOD | SUPERIOR COURT; LAKEPORT, CA 95453 |
| 10/07/05 | H60800 | YOUNGBLOOD | BUTTE CO. BEHAVIORAL HEALTH, OROVILLE, CA 95965 |
| 11/17/05 | H60800 | YOUNGBLOOD | D.SPECTOR P.L.O. SAN QUENTIN CA 94964 |
| 11/29/05 | H60800 | YOUNGBLOOD | AAL, H. HADLEY, MARYSVILLE, CA 95901 |
| 11/29/05 | H60800 | YOUNGBLOOD | BUTTE CO SUPERIOR CRT, CHICO, CA 95926 |
| 12/06/05 | H60800 | YOUNGBLOOD | BUTTE SUP CRT OROVILLE CA 95965 |
| 12/06/05 | H60800 | YOUNGBLOOD | BUTTE CO SUP CRT OROVILLE CA 93960 |

Incoming Mail-SVSP                                                              *1*

| DATE | CDC# | NAME | SENDER |
|------|------|------|--------|
| 12/13/05 | H60800 | YOUNGBLOOD | BUTTE CO SUPERIOR CRT, CHICO, CA 95926 |
| 12/13/05 | H60800 | YOUNGBLOOD | AAL, D. SPECTER, SAN QUENTIN, CA 94964 |
| 01/04/06 | H60800 | YOUNGBLOOD | LAW OFFICES OF SILES & FOSTER; CHICO, CA 95928 |
| 01/10/06 | H60800 | YOUNGBLOOD | CHIEF, INMATE APPEALS; SACTO, CA 94283 |
| 01/18/06 | H60800 | YOUNGBLOOD | STATE BAR OF CA; LA, CA 90015 |
| 01/18/06 | H60800 | YOUNGBLOOD | STATE BAR OF CA; LA, CA 90015 |
| 01/31/06 | H60800 | YOUNGBLOOD | GEORGE L. BOND, AAL; SACTO, CA 95816 |
| 02/01/06 | H60800 | YOUNGBLOOD | SUPREME COURT; SACTO, CA 95814 (RTS UTF) RECV'D DAMAGED) |
| 02/08/06 | H60800 | YOUNGBLOOD | SUPREME COURT CLERK; SACTO, CA 95814 (RTS UTF) |
| 02/14/06 | H60800 | YOUNGBLOOD | SUPREME COURT; SACTO, CA 95814 (RECV'D DAMAGED) |
| 02/15/06 | H60800 | YOUNGBLOOD | SUPREME COURT CLERK; SACTO, CA 95814 (RTS UTF) |
| 02/21/06 | H60800 | YOUNGBLOOD | SUPREME COURT CLERK; SACTO, CA 95814 (RTS UTF) |
| 02/22/06 | H60800 | YOUNGBLOOD | SUPREME COURT; SACTO, CA 95814 (RTS UTF) |
| 02/24/06 | H60800 | YOUNGBLOOD | SUPREME COURT CLERK; SACTO, CA 95814 (RTS UTF) DAMAGED |
| 02/27/06 | H60800 | YOUNGBLOOD | SUPREME COURT; SACTO, CA 95814 (RTS UTF) |
| 03/01/06 | H60800 | YOUNGBLOOD | SUPREME COURT; SACTO, CA 95814 (RTS UTF) |
| 03/01/06 | H60800 | YOUNGBLOOD | SUPREME COURT; SACTO, CA 95814 (RTS UTF) (RECV'D DAMAGED) |
| 03/01/06 | H60800 | YOUNGBLOOD | SUPREME COURT CLERK; SACTO, CA 95814 (RTS UTF) |
| 03/03/06 | H60800 | YOUNGBLOOD | SUPREME COURT CLERK; SACTO, CA 95814 (RTS UTF) |
| 03/03/06 | H60800 | YOUNGBLOOD | SUPREME COURT CLERK; SACTO, CA 95814 (RTS FOE) |
| 03/06/06 | H60800 | YOUNGBLOOD | SUPREME COURT; SACTO, CA 95814 (RTS UTF) |
| 03/08/06 | H60800 | YOUNGBLOOD | US DIST COURT CLERK; SACTO, CA 95814 |
| 03/17/06 | H60800 | YOUNGBLOOD | SUPREME COURT CLERK; SAN FRAN, CA 94102 |
| 03/23/06 | H60800 | YOUNGBLOOD | SUPREME COURT; SAN FRAN, CA 94102 |

Incoming Mail-SVSP

Page 30.

| DATE | CDC# | NAME | SENDER |
|------|------|------|--------|
| 04/07/06 | H60800 | YOUNGBLOOD | US DIST COURT CLERK; SACTO, CA 95814 |
| 04/25/06 | H60800 | YOUNGBLOOD | US DIST COURT CLERK; SACTO, CA 95814 |
| 05/23/06 | H60800 | YOUNGBLOOD | SUPERIOR COURT; CHICO, CA 95926 |
| 06/05/06 | H60800 | YOUNGBLOOD | SUPERIOR COURT; CHICO, CA 95926 |
| 06/05/06 | H60800 | YOUNGBLOOD | SUPERIOR COURT; CHICO, CA 95926 |
| 06/05/06 | H60800 | YOUNGBLOOD | SUPERIOR COURT; CHICO, CA 95926 |
| 06/05/06 | H60800 | YOUNGBLOOD | SUPERIOR COURT; CHICO, CA 95926 |
| 06/08/06 | H60800 | YOUNGBLOOD | US DIST COURT CLERK; SACTO, CA 95814 |
| 08/04/06 | H60800 | YOUNGBLOOD | SUPERIOR CRT. CHICO CA 95926 |
| 08/22/06 | H60800 | YOUNGBLOOD | DISTRICT CRT. CHRISTIANSTED  ST. CROIX VI 00820 |
| 09/14/06 | H60800 | YOUNGBLOOD | US DIST COURT CLERK; SACTO, CA 95814 |
| 09/26/06 | H60800 | YOUNGBLOOD | SUPERIOR CRT. CHICO CA 95926 |
| 10/04/06 | H60800 | YOUNGBLOOD | U.S.D.C. SAC CA 95814 |
| 10/06/06 | H60800 | YOUNGBLOOD | CRT. OF APPEALS SAN FRAN CA 94119 |
| 10/26/06 | H60800 | YOUNGBLOOD | U.S.D.C. SAC CA 95814 |
| 11/21/06 | H60800 | YOUNGBLOOD | SUPREME COURT CLERK; SAN FRAN, CA 94102 |
| 11/21/06 | H60800 | YOUNGBLOOD | U.S.D.C. HAGATNA GUAM 96910 |
| 12/18/06 | H60800 | YOUNGBLOOD | SUPERIOR CRT. OROVILLE CA 95965 |
| 12/26/06 | H60800 | YOUNGBLOOD | SUP CRT OROVILLE CA |
| 12/28/06 | H60800 | YOUNGBLOOD | CRT. OF APPEAL SAC CA 95814 |
| 12/28/06 | H60800 | YOUNGBLOOD | SUPERIOR CRT. OROVILLE CA 95965 |
| 01/08/07 | H60800 | YOUNGBLOOD | SUPREME CRT. SF CA 94105 |
| 01/17/07 | H60800 | YOUNGBLOOD | CRT. OF APPEAL SAC CA 95814 |
| 01/23/07 | H60800 | YOUNGBLOOD | CRT. OF APPEALS SF CA 94119 |

Incoming Mail-SVSP

Page 31.

| DATE | CDC# | NAME | SENDER |
|---|---|---|---|
| 01/30/07 | H60800 | YOUNGBLOOD | SUPREME CRT. SF CA 94102 BOX |
| 02/02/07 | H60800 | YOUNGBLOOD | CRT OF APP SAC CA 95814 |
| 02/27/07 | H60800 | YOUNGBLOOD | CRT. OF APPEALS SF CA 94119 |
| 04/04/07 | H60800 | YOUNGBLOOD | CRT. OF APPEAL 3RD SAC CA 95814 |
| 04/06/07 | H60800 | YOUNGBLOOD | COURT OF APPEAL, 3RD APPELLATE DIST., SAC., CA. 95814 |
| 04/12/07 | H60800 | YOUNGBLOOD | CRT. OF APPEAL 3RD SAC CA 95814 |
| 04/13/07 | H60800 | YOUNGBLOOD | U.S.D.C. SAC CA 95814 |
| 05/09/07 | H60800 | YOUNGBLOOD | CRT. OF APPEALS SF CA 94119 |
| 06/06/07 | H60800 | YOUNGBLOOD | SUPREME CRT. SF CA 94102 |
| 06/08/07 | H60800 | YOUNGBLOOD | SUPREME COURT OF CA., OFFICE OF CLERK, SAN FRAN. |
| 06/14/07 | H60800 | YOUNGBLOOD | SUPREME CRT. OF THE ST. OF CA., SAN FRAN., CA. 94102 |
| 06/20/07 | H60800 | YOUNGBLOOD | U.S.D.C. EASTERN SAC CA 95814 |
| 08/14/07 | H60800 | YOUNGBLOOD | SUPREME COURT CLERK; WASHINGTON, DC 20543 |
| 08/20/07 | H60800 | YOUNGBLOOD | OFFC. OF CLERK, SUP. CRT. U.S., WASHINGTON D.C. 20543 |
| 10/01/07 | H60800 | YOUNGBLOOD | SUPREME CRT. WASHINGTON DC 20543 BOX |
| 10/05/07 | H60800 | YOUNGBLOOD | OFFICE OF THE CLERK SUPREME CRT. OF THE U.S. WASHINGTON, D.C. 20543 |
| 04/07/08 | H60800 | YOUNGBLOOD | U.S.D.C. SAC CA 95814 |
| 06/25/08 | H60800 | YOUNGBLOOD | U.S.D.C. SAC CA 95814 |
| 10/21/08 | H60800 | YOUNGBLOOD | U.S.D.C. SAC CA 95814 |

**MAIL CARD (CDC FORM 119)**                                          *24-Nov-09*

| DATE | CDC# | NAME | ADDRESSEE |
|------|------|------|-----------|
| 8/1/05 | H60800 | YOUNGBLOOD | BUTTE SUPERIOR CRT. OROVILLE CA 95965 |
| 8/1/05 | H60800 | YOUNGBLOOD | U.S.D.C. SAC CA 95814 |
| 8/8/05 | H60800 | YOUNGBLOOD | ORANGE COUNTY SANTA ANA CA 92706 |
| 8/9/05 | H60800 | YOUNGBLOOD | G.ROBERT A.A.L. SAN FRAN CA 94118 |
| 8/9/05 | H60800 | YOUNGBLOOD | F.NATHANIEL A.A.L. BERVERLY HILLS CA 90211 |
| 8/9/05 | H60800 | YOUNGBLOOD | HARRINGTON FOX LLP LA CA 90017 |
| 8/11/05 | H60800 | YOUNGBLOOD | FIRMS ATTY SANTA ROSA CA 95404 |
| 8/25/05 | H60800 | YOUNGBLOOD | U.S.D.C. SAC CA 95814 |
| 8/29/05 | H60800 | YOUNGBLOOD | U.S.D.C. SAC CA 95814 |
| 8/31/05 | H60800 | YOUNGBLOOD | U.S.D.C. SAC CA 93960 |
| 9/2/05 | H60800 | YOUNGBLOOD | LAKE SUPERIOR CRT. LAKEPORT CA 95453 |
| 9/2/05 | H60800 | YOUNGBLOOD | SUPERIOR CRT. MARYVILLES CA 95901 |
| 9/6/05 | H60800 | YOUNGBLOOD | 3RD APPELLATE DIST COURT OF APPEALS; SACTO, CA 95814 |
| 9/8/05 | H60800 | YOUNGBLOOD | SUPERIOR COURT; LAKEPORT, CA 95453 |
| 9/8/05 | H60800 | YOUNGBLOOD | 3RD APPELLATE DIST COURT OF APPEAL; SACTO, CA 95814 |
| 9/12/05 | H60800 | YOUNGBLOOD | SUPERIOR CRT. LAKEPORT CA 95453 |
| 9/28/05 | H60800 | YOUNGBLOOD | U.S.D.C. SAC CA 95814 |
| 10/6/05 | H60800 | YOUNGBLOOD | U.S.D.C. SAC CA 95814 |
| 10/25/05 | H60800 | YOUNGBLOOD | IM APP BRANCH SAC CA 94283 |
| 10/25/05 | H60800 | YOUNGBLOOD | USDC SAC CA 95814 |
| 10/28/05 | H60800 | YOUNGBLOOD | USDC SAC CA 95814 |
| 11/1/05 | H60800 | YOUNGBLOOD | ST BAR OF CA SF CA 94102 |
| 11/1/05 | H60800 | YOUNGBLOOD | USDC SAC CA 95814 |

Outgoing Legal-SVSP

| DATE | CDC# | NAME | ADDRESSEE |
|---|---|---|---|
| 11/7/05 | H60800 | YOUNGBLOOD | PRISON LAW OFF SAN QUENTIN CA 94964 |
| 11/9/05 | H60800 | YOUNGBLOOD | LAW OFF HADLEY OROVILLE CA 95965 |
| 11/9/05 | H60800 | YOUNGBLOOD | SUP CRT CHICO CA 95926 |
| 11/9/05 | H60800 | YOUNBLOOD | BOOKS LAW OFF CHICO CA 95928 |
| 11/10/05 | H60800 | YOUNGBLOOD | AAL, J. JOHN, CHICO, CA 95928 |
| 11/10/05 | H60800 | YOUNGBLOOD | AAL, STILES & FOSTER, CHICO, CA 95928 |
| 11/10/05 | H60800 | YOUNGBLOOD | LAKE CO SUPERIOR CRT, CLEARLAKE, CA 95422 |
| 11/15/05 | H60800 | YOUNGBLOOD | LAKE SUPERIOR CRT, CLEARLAKE, CA 956422 |
| 11/18/05 | H60800 | YOUNGBLOOD | SUP CRT OROVILLE CA 95965 |
| 11/21/05 | H60800 | YOUNGBLOOD | SUP CRT OROVILLE CA 95965 |
| 11/30/05 | H60800 | YOUNGBLOOD | BUTTE CO SUPERIOR CRT, CHICO, CA 95926 |
| 12/8/05 | H60800 | YOUNGBLOOD | AAL HADLEY MARSVILLE CA 95901 |
| 1/27/06 | H60800 | YOUNGBLOOD | SUP CRT SAC CA 95814 |
| 1/27/06 | H60800 | YOUNGBLOOD | SUP CRT SAC CA 95814 |
| 1/30/06 | H60800 | YOUNGBLOOD | SUPREME COURT CLERK; SACTO, CA 95814 |
| 1/31/06 | H60800 | YOUNGBLOOD | SUPREME CRT. SAC CA 95814 |
| 2/1/06 | H60800 | YOUNGBLOOD | SUP CRT SAC CA 95814 |
| 2/6/06 | H60800 | YOUNGBLOOD | SUPREME CRT. SAC CA 95814 |
| 2/9/06 | H60800 | YOUNGBLOOD | SUPREME CRT. SAC CA 95814 |
| 2/15/06 | H60800 | YOUNGBLOOD | SUPREME CRT. SAC CA 95814 |
| 2/16/06 | H60800 | YOUNGBLOOD | SUP CRT SAC CA 95814 |
| 2/21/06 | H60800 | YOUNGBLOOD | SUPREME CRT. SAC CA 95814 |
| 2/22/06 | H60800 | YOUNGBLOOD | SUPREME CRT. SAC CA 95814 |
| 2/24/06 | H60800 | YOUNGBLOOD | SUP CRT SAC CA 95814 |

Page 34.

| DATE | CDC# | NAME | ADDRESSEE |
|------|------|------|-----------|
| 2/27/06 | H60800 | YOUNGBLOOD | SUPREME CRT. SAC CA 95814 |
| 2/27/06 | H60800 | YOUNGBLOOD | SUPREME CRT. SAC CA 95814 |
| 3/1/06 | H60800 | YOUNGBLOOD | SUPREME CRT. SAC CA 95814 |
| 3/9/06 | H60800 | YOUNGBLOOD | SUPREME CRT. SAN FRAN CA 94102 |
| 3/9/06 | H60800 | YOUNGBLOOD | SUPREME CRT. SAN FRAN CA 94102 |
| 3/9/06 | H60800 | YOUNGBLOOD | SUPREME CRT. SAN FRAN CA 94102 |
| 3/9/06 | H60800 | YOUNGBLOOD | SUPREME CRT. SAN FRAN CA 94102 |
| 3/9/06 | H60800 | YOUNGBLOOD | SUPREME CRT. SAN FRAN CA 94102 |
| 3/17/06 | H60800 | YOUNGBLOOD | SUPREME CRT. SAN FRAN CA 94102 |
| 3/24/06 | H60800 | YOUNGBLOOD | U.S.D.C. SAC CA 95814 |
| 4/17/06 | H60800 | YOUNGBLOOD | USDC SAC CA 95814 |
| 5/8/06 | H60800 | YOUNG BLOOD | SUP CRT CHICO CA 95926 |
| 5/8/06 | H60800 | YOUNG BLOOD | SUP CRT CHICO CA 95926 |
| 5/8/06 | H60800 | YOUNG BLOOD | SUP CRT CHICO CA 95926 |
| 5/8/06 | H60800 | YOUNGBLOOD | SUP CRT CHICO CA 95926 |
| 5/10/06 | H60800 | YOUNGBLOOD | SUPERIOR CRT. CHICO CA 95926 |
| 5/12/06 | H60800 | YOUNGBLOOD | CRT. OF APPEALS SAN FRAN CA 94119 |
| 5/19/06 | H60800 | YOUNGBLOOD | SUPERIOR CRT. CHICO CA 95926 |
| 5/25/06 | H60800 | YOUNGBLOOD | U.S.D.C. SAC CA 95814 |
| 5/26/06 | H60800 | YOUNGBLOOD | SUP CRT CHICO CA 95926 |
| 6/1/06 | H60800 | YOUNGBLOOD | U.S.D.C. SAC CA 95814 |
| 6/19/06 | H60800 | YOUNGBLOOD | SUP CRT CHICO CA 95926 |
| 6/19/06 | H60800 | YOUNGBLOOD | SUP CRT CHICO CA 95926 |
| 6/19/06 | H60800 | YOUNGBLOOD | SUP CRT CHICO CA 95926 |

Page 35,

| DATE | CDC# | NAME | ADDRESSEE |
|------|------|------|-----------|
| 6/21/06 | H60800 | YOUNGBLOOD | SUPERIOR CRT. CHICO CA 95926 |
| 7/10/06 | H60800 | YOUNGBLOOD | SUPERIOR CRT. CHICO CA 95926 |
| 8/1/06 | H60800 | YOUNGBLOOD | US CRTS ST CROLX VI 00820 |
| 8/2/06 | H60800 | YOUNGBLOOD | DIST CRT HAGATNA GMAM 96910 |
| 8/2/06 | H60800 | YOUNGBLOOD | DISTRICT OF GUAM HAGATNA GUAM 96910 |
| 8/2/06 | H60800 | YOUNGBLOOD | DIST CRT ST THOMAS VI 00802 |
| 8/7/06 | H60800 | YOUNG BLOOD | NETH CENT AUTHORITIES THE NETHERLANDS |
| 8/24/06 | H60800 | YOUNGBLOOD | BUTTE CO. SUPERIOR COURT, ORVILLE, CA.95965 |
| 11/2/06 | H60800 | YOUNGBLOOD | U.S.C.OF APPEALS, 9TH CIRCUIT, SAN FRA., CA. 94119 |
| 11/6/06 | H60800 | YOUNGBLOOD | U.S.C.OF APPEALS, 9TH CIRUIT, SAN FRAN., CA. 94119 |
| 11/8/06 | H60800 | YOUNGBLOOD | U.S.C.OF APPEALS, 9TH CIRCUIT, SAN FRAN., CA. 94119 |
| 11/15/06 | H60800 | YOUNGBLOOD | U.S.C.OF APPEALS, 9TH CIRCUIT, SAN FRAN., CA. 94119 |
| 11/30/06 | H60800 | YOUNGBLOOD | U.S.C. OF APPEALS, 9TH CIRCUIT, SAN FRAN., CA. 94119 |
| 12/8/06 | H60800 | YOUNBLOOD | BUTTE CO. SUPER. CT., CASE#137608, CHICO,CA. 95926 |
| 12/13/06 | H60800 | YOUNGBLOOD | BUTTE CO. SUPER. COURT, CHICO, CA. 95926 |
| 12/29/06 | H60800 | YOUNGBLOOD | SUPREME COURT OF CA., SAN FRAN., CA. 94102 |
| 1/8/07 | H60800 | YOUNGBLOOD | SUPER. COURT, ATTN: APPEALS, OROVILLE, CA. 95965 |
| 1/8/07 | H60800 | YOUNGBLOOD | COURT OF APPEALS, SAC., CA. 95814 |
| 1/16/07 | H60800 | YOUNGBLOOD | CA SUP CRT, CLERK  SF CA 94102 |
| 1/16/07 | H60800 | YOUNGBLOOD | CA SUP CRT, CLERK SF CA 94102 |
| 1/19/07 | H60800 | YOUNGBLOOD | 3RD APPELLATE DIST., SAC., CA. 9583 |
| 1/29/07 | H60800 | YOUNGBLOOD | U.S.C. OF APPEALS, 9TH CIRCUIT, SAN FRAN., CA. 94119 |
| 3/27/07 | H60800 | YOUNGBLOOD | U.S.D.C.EAST. DIST. OF CA., SAC., CA. 95814 |
| 3/28/07 | H60800 | YOUNGBLOOD | COURT OF APPEAL, 3RD APPELLATE DIST., SAC., CA. 95814 |

Outgoing Legal-SVSP

Page 36,

| DATE | CDC# | NAME | ADDRESSEE |
|------|------|------|-----------|
| 3/29/07 | H60800 | YOUNGBLOOD | U.S.D.C.EAST. DIST. OF CA., SAC., CA. 95814 |
| 4/5/07 | H60800 | YOUNGBLOOD | COURT OF APPEAL, 3RD APPELLATE DIST., SAC., CA. 95814 |
| 4/26/07 | H60800 | YOUNGBLOOD | U.S.OF APPEALS, 9TH CIRCUIT, SAN FRAN., CA. 94119 |
| 5/11/07 | H60800 | YOUNGBLOOD | USDC SAC CA 95814 |
| 5/29/07 | H60800 | YOUNGBLOOD | CA. SUPREME CRT., CASE#005448, SAN FRAN., CA. 94102 |
| 6/1/07 | H60800 | YOUNGBLOOD | CA. SUPREME CRT., CASE #C054484, SAN FRAN., CA. 94102 |
| 6/1/07 | H60800 | YOUNBLOOD | CA. SUPREME CRT., CASE#137608,#C054484, SAN FRAN., CA. 94102 |
| 6/1/07 | H60800 | YOUNGBLOOD | CA. SUPREME CRT., CASE#137608,#C054484, SAN FRAN., CA. 94102 |
| 6/5/07 | H60800 | YOUNGBLOOD | CA. SUPREME CRT., CASE#137608-#C054484, SAN FRAN., CA. 94102 |
| 6/5/07 | H60800 | YOUNGBLOOD | CA. SUPREME CRT., CASE#137608-#C054484, SAN FRAN., CA. 94102 |
| 6/5/07 | H60800 | YOUNGBLOOD | CA. SUPREME CRT., CASE#1387608-#C054484, SAN FRAN., CA. 94102 |
| 6/11/07 | H60800 | YOUNGBLOOD | SUPREME CRT., SAN FRAN., CA. 94102 |
| 6/14/07 | H60800 | YOUNGBLOOD | CA. SUPREME CRT., SAN FRAN., CA. 94102 |
| 6/15/07 | H60800 | YOUNGBLOOD | CA. SUPREME CRT., SAN FRAN, CA. 94102 |
| 7/6/07 | H60800 | YOUNGBLOOD | U.S.D.C.EAST. DIST. OF CA., SAC., CA. 95814 |
| 7/23/07 | H60800 | YOUNGBLOOD | U.S.D.C.EAST. DIST. OF CA., SAC., CA. 95814 |
| 8/3/07 | H60800 | YOUNGBLOOD | US SUPREME CRT, CLERK WASH DC 20543 |
| 8/9/07 | H60800 | YOUNGBLOOD | SUPREME CRT., WASHINGTON, D.C. 20543 |
| 8/9/07 | H60800 | YUONGBLOOD | SUPREME CRT., WASHINGTON, D.C. 20543 |
| 9/18/07 | H60800 | YOUNGBLOOD | SUPREME CRT., WASHINGTON, D.C. 20543 |
| 9/18/07 | H60800 | YOUNGBLOOD | SUPREME CRT., WASHINGTON, D.C. 20543 |
| 9/18/07 | H60800 | YOUNGBLOOD | SUPREME CRT., WASHIGNTON, D.C. 20543 |
| 9/18/07 | H60800 | YOUNGBLOOD | SUPREME CRT., WASHINGTON, D.C. 20543 |
| 9/18/07 | H60800 | YOUNGBLOOD | SUPREME CRT., WASHINGTON, D.C. 20543 |

| DATE | CDC# | NAME | ADDRESSEE |
|------|------|------|-----------|
| 9/18/07 | H60800 | YOUNGBLOOD | SUPREME CRT., WASHINGTON, D.C. 20543 |
| 9/18/07 | H60800 | YOUNGBLOOD | SUPREME CRT., WASHINGTON, D.C. 20543 |
| 9/18/07 | H60800 | YOUNGBLOOD | SUPREME CRT., WASHINGTON, D.C. 20543 |
| 9/18/07 | H60800 | YOUNGBLOOD | SUPREME CRT., WASHINGTON, D.C. 20543 |

R. J. Donovan State Prison Legal Mail Program

## Legal Mail Addresses For:  JESSE     YOUNGBLOOD   H60800

**Date Mailed:**
3/6/2012

**CLERK US COURT OF APPEALS**
PO BOX 193939
SAN FRANCISCO
CA
94119

**Date Mailed:**
11/15/2011

**COURT OF APPEAL**
621 CAPITOL MALL 10TH FLR
SACRAMENTO
CA
95814

**Date Mailed:**
11/22/2011

**FR: CA OFFICE OF ATTY GENERAL**
PO BOX 944255
SACRAMENTO
CA
94244

**Date Mailed:**
11/22/2011

**FR: CENTRAL CA APPELLATE PROGRAM**
2407 J ST STE 301
SACRAMENTO
CA
95816

**Date Mailed:**
1/26/2012

**FR: COURT OF APPEAL**
621 CAPITOL MALL 10TH FLR
SACRAMENTO
CA
95814

11/22/2011

621 CAPITOL MALL 10TH FLR
SACRAMENTO
CA
95814

**Date Mailed:**
2/9/2012

**FR: DOJ OFFICE OF ATTY GEN**
PO BOX 944255
SACRAMENTO
CA
94244

**Date Mailed:**

**FR: HEATHER J MACKAY ATTY**

Page 39.

2/2/2012    PO BOX 3112
            OAKLAND
            CA
            94609

11/22/2011  PO BOX 3112
            OAKLAND
            CA
            94609

**Date Mailed:**    **FR: OFFICE ATTY GEN DOJ**
2/9/2012            PO BOX 944255
                   SACRAMENTO
                   CA
                   94244

**Date Mailed:**    **FR: OFFICE OF CLERK**
2/2/2012           130 CLAY ST STE 400S
                   OAKLAND
                   CA
                   94612

**Date Mailed:**    **FR: US COURTS**
1/19/2012          501 1ST STE 4200
                   SACRAMENTO
                   CA
                   95814

**Date Mailed:**    **FR: US COURTS OFFICE OF THE CLERK**
12/7/2011          501 1 ST STE 4-200
                   SACRAMENTO
                   CA
                   95814-2322

**Date Mailed:**    **FROM STATE OF CA**
8/2/2011           PO BOX 3035
                   SACRAMENTO
                   CA
                   95812

**Date Mailed:**    **FROM USDC**
12/28/2011
                   LA
                   CA
                   90012



**Date Mailed:** **From: Govern Claims Div**
12/9/2011   PO Box 3035
Sac
CA
95812

12/9/2011   PO Box 3035
Sac
CA
95812

**Date Mailed:** **OFFICE CLERK, US DISTRICT COURT**
3/13/2012   1301 CLAY ST #400S
OAKLAND
CA
94612

**Date Mailed:** **STATE OF CA, ATTORNEY GENERAL**
1/10/2012   PO BOX 944255
SACRAMENTO
CA
94244

**Date Mailed:** **SUPREME COURT OF CA**
2/28/2012   350 MCALLISTER ST
SAN FRANCISCO
CA
94102

**Date Mailed:** **THE SUPREME COURT OF THE STATE CA**
3/9/2012   350 MCALLISTER ST
SAN FRANCISCO
CA
94102

**Date Mailed:** **To: Deena C. Fawcett, Clerk**
12/9/2011   621 Capitol Mall, 10th Flr
SAC
CA
95814

**Date Mailed:** **To: George L. Bond**

Page 41.

11/4/2011          2407 J. St Ste 301
                   Sacramento
                   Ca
                   95816

**Date Mailed:**    **To: Office of the Clerk**
12/16/2011         1301 Clay St., Ste 4005
                   Oakland
                   Ca
                   94612

**Date Mailed:**    **To: United states District Court**
1/5/2012           Courthouse, Room G8
                   Los Angeles
                   CA
                   90012

**Date Mailed:**    **TO: US COURTS**
12/13/2011         501 I ST STE 4-200
                   SACRAMENTO
                   CA
                   95814

**Date Mailed:**    **To: US Dist Court**
12/9/2011          US Courthouse Rm G8
                   LA
                   CA
                   90012

**Date Mailed:**    **TO:US CRTS/EASTERN DIST**
1/11/2012          501 I ST STE 4-200
                   SACRAMENTO
                   CA
                   95814

**Date Mailed:**    **U.S. District Court offc of the Cle**
1/30/2012          U.S. Couthouse , rm G8
                   los angeles
                   ca
                   90012

**Date Mailed:**    **UNITED STATES DISTRICT COURT**

| 2/15/2012 | US COURTHOUSE, ROOM G8 |
| | LOS ANGELES |
| | CA |
| | 90012 |

**Date Mailed:** **US DISTRICT COURT**
| 3/13/2012 | US COURTHOUSE G8 |
| | LOS ANGELES |
| | CA |
| | 90012 |

| 11/8/2011 | US COURTHOUSE RM G8 |
| | LOS ANGELES |
| | CA |
| | 90012 |

| 11/15/2011 | US COURTHOUSE RMG8 |
| | LOS ANGELES |
| | CA |
| | 90012 |

| 3/13/2012 | US COURTHOUSE G8 |
| | LOS ANGELES |
| | CA |
| | 90012 |

| 2/28/2012 | US COURTHOUSE RM G8 |
| | LOS ANGELES |
| | CA |
| | 90012 |

| 2/28/2012 | US  COURTHOUSE RM G8 |
| | LOS ANGELES |
| | CA |
| | 90012 |

| 12/6/2011 | 501 I ST #4-200 |
| | SACRAMENTO |
| | CA |
| | 95814 |

| 2/15/2012 | 1301 CLAY ST. STE. 400S |
| | OAKLAND |
| | CA |
| | 94612-5212 |

Monday, March 19, 2012

Page 43.

2/15/2012   1301 CLAY ST. STE 400S

OAKLAND

CA

94612-5212

**Date Mailed:**   **US DISTRICT COURT NORTHERN DISTRICT**

2/28/2012   1301 CLAY ST #4005

OAKLAND

CA

94612

Page 44,

STATE OF CALIFORNIA
GA-22 (9/92)

**INMATE REQUEST FOR INTERVIEW**

DEPARTMENT OF CORRECTIONS

| DATE 08-06-11 | TO: R.J. Donovan's — Mail Room — Records Staff: | FROM (LAST NAME) Youngblood | CDC NUMBER H60800 |
|---|---|---|---|

| HOUSING F3-15- | BED NUMBER 109U | WORK ASSIGNMENT "AIA"/"ADA(J&H)"/"S.N.Y./E.O.P." /"Evokling Legal Statusces" i.e. — | JOB NUMBER FROM ∅ TO ∅ |
|---|---|---|---|

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)
"Other Legal Miscellaneous Items"—

ASSIGNMENT HOURS FROM M TO S

**. Clearly state your reason for requesting this interview.**

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Indigent/Diligent type of prisoner's request by submissions of (CDC #119) for all Incoming/Outgoing legal mail from dates of (12-24-10 through dates of 08/11 continued and for reasons or purposes in pursuant to legal means and general verification as needed or required in support of legal court filings, i.e. Please send me (one) copy of all pertinent records at .10¢ or .13¢ per page. Thank You

Do NOT write below this line. If more space is required, write on back.

| INTERVIEWED BY Eaquan | DATE 8/8/11 |
|---|---|

DISPOSITION
Attached is a copy of all incoming & outgoing legal mail

Page 45.

Date\Time: 8/8/2011 10:47:26 AM
Institution: RJD

Verified: _____

## CDCR
## Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| H60800 | YOUNGBLOOD, JESSE | RJD | F31500000000 | 00109U |

**Current Available Balance:**      $0.53

### Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| | | | **No information was found for the given criteria.** | | | |

### Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| | **No information was found for the given criteria.** | |

### Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| PLRA | FFF | $250.00 | $0.00 | $244.40 |
| REGULAR MAIL | POSTAGE | $14.50 | $0.00 | $9.80 |
| REGULAR MAIL | POSTAGE | $29.05 | $0.00 | $29.05 |
| REGULAR MAIL | POSTAGE | $27.05 | $0.00 | $19.90 |

### Restitution List

| Restitution | Court Case# | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|
| RESTITUTION FINE | 92097 | $100.00 | $0.00 | $0.00 | $0.00 |
| RESTITUTION FINE | CM017825 | $10,000.00 | $0.00 | $0.00 | $9,843.96 |
| DIRECT ORDER | CM017825 | $2,930.00 | $0.00 | $0.00 | $2,920.64 |

Page 46,

R. J. Donovan State Prison Legal Mail Program

## Legal Mail Addresses For: JESSE     YOUNGBLOOD   H60800

**Date Mailed:**
4/1/2011

**COURT OF APPEAL**
621 CAPITOL MALL, 10TH FLR.
SACRAMENTO
CA
95814-4719

**Date Mailed:**
6/18/2011

**FR: CDCR DIV OF ADULT INST**
1515 S ST STE 330-344 N
SACRAMENTO
CA
95811

**Date Mailed:**
6/11/2011

**FR: CERT LEGAL BUTTE CO SUPERIOR CO**
ONE COURT ST
OROVILLE
CA
93083

**Date Mailed:**
4/16/2011

**FR: ST OF CA GOVT CLAIMS DIV**
PO BOX 3035
SACRAMENTO
CA
95812

**Date Mailed:**
3/17/2011

**FR: STATE OF CALIFORNIA**
PO BOX 3035
SACRAMENTO
CA
95812

**Date Mailed:**
3/3/2011

**FR: SUPREME COURT OF CALIFORNIA**
350 MCALLISTER STREET
SAN FRANCISCO
CA
94102

**Date Mailed:**
7/12/2011

**FROM**
222 E WEBER AVE RM 303
STOCKTON
CA
95202

Page 47

| | |
|---|---|
| 6/29/2011 | PO BOX 3035 |
| | SACRAMENTO |
| | CA |
| | 95812 |
| 6/21/2011 | P.O. BOX 942883 |
| | SACRAMENTO |
| | CA |
| | 94283 |
| 7/6/2011 | 621 CAPITOL MALL, 10TH FLR |
| | SACRAMENTO |
| | CA |
| | 95814 |
| 7/6/2011 | PO BOX 3035 |
| | SACRAMENTO |
| | CA |
| | 95812 |
| 7/12/2011 | 450 H ST RM 209 |
| | CRESCENT CITY |
| | CA |
| | 95531 |
| 6/29/2011 | 621 CAPITOL MALL, 10TH FLOOR |
| | SACRAMENTO |
| | CA |
| | 95814 |
| 7/12/2011 | 1200 AGUAJITO RD |
| | MONTEREY |
| | CA |
| | 93940 |
| 7/12/2011 | 621 CAPITOL MALL 10TH FLR |
| | SACRAMENTO |
| | CA |
| | 95814 |
| 7/13/2011 | PO BOX 120128 |
| | SAN DIEGO |
| | CA |
| | 92112 |

Page 48

| | |
|---|---|
| 7/14/2011 | 655 OLEANDER AVE |
| | CHICO |
| | CA |
| | 95926 |

| | |
|---|---|
| 7/12/2011 | PO BOX 3035 |
| | SACRAMENTO |
| | CA |
| | 95812 |

**Date Mailed:**    **FROM BUTTE COUNTY SUP COURT**
5/24/2011    ONE COURT STREET
OROVILLE
C
95965

**Date Mailed:**    **FROM BUTTE COUNTY SUPERIOR COURT**
6/16/2011    ONE COURT ST
OROVILLE
CA
95965

**Date Mailed:**    **FROM COURT OF APPEAL**
6/17/2011    621 CAPITOL MALL
SACRAMENTO
CA
95814

| | |
|---|---|
| 6/10/2011 | 621 CAPITOL MALL, 10TH FLR |
| | SACRAMENTO |
| | CA |
| | 95814 |

**Date Mailed:**    **FROM DEL NORT SUP COURT**
5/24/2011    450 H STREET
CRESCENT CITY
CA
95531

**Date Mailed:**    **FROM STATE OF CA**
5/20/2011    PO BOX 3035
SACRAMENTO
CA
92179

**Date Mailed:**    **FROM US DISTRICT COURT**

5/10/2011       880 FROT STREET, 4290

SAN DIEGO

CA

92101

**Date Mailed:**    **FROM US STATE COURTS**
5/10/2011       501 I ST, 4-200

SACRAMENTO

CA

95814

**Date Mailed:**    **FROM: BUTTE COUNTY SUPERIOR COURT**
4/11/2011       ONE COURT STREET

OROVILLE

CA

95965-3303

**Date Mailed:**    **FROM: CHIEF, INMATE APPEALS BRNCH**
2/2/2011       PO BOX 942883

SACRAMENTO

CA

94283

**Date Mailed:**    **FROM: DEL NORTE SUPERIOR COURT**
6/1/2011       450 H STREET, ROOM 209

CRESCENT CITY

CA

95531

**Date Mailed:**    **FROM: GOVT CLAIMS DIVISION**
4/13/2011       PO BOX 3035

SACRAMENTO

CA

95812

**Date Mailed:**    **FROM: SUPREME COURT OF CA**
3/5/2011       350 MCALLISTER ST

SAN FRANCISCO

CA

94102

**Date Mailed:**    **FROM:CHIEF, INMATE APPEALS BRANCH**

Page 50

6/27/2011    PO BOX 942883
             SACRAMENTO
             CA
             94283

3/14/2011    PO BOX 942883
             SACRAMENTO
             CA
             94283

**Date Mailed:**    **FROM:CHIEF,INMATE APPEALS BRANCH**
3/14/2011    PO BOX 942883
             SACRAMENTO
             CA
             94283

3/14/2011    PO BOX 942883
             SACRAMENTO
             CA
             94283

3/14/2011    PO BOX 942883
             SACRAMENTO
             CA
             94283

**Date Mailed:**    **FROM:US DIST COURT**
7/25/2011    US COURTHOUSE RM G8
             LOS ANGELES
             CA
             90012

**Date Mailed:**    **FROM:US DIST CRT/SOUTHERN DIST**
5/16/2011    880 FRONT ST STE 4290
             SAN DIEGO
             CA
             92101

**Date Mailed:**    **RTS**
7/21/2011    303 2ND ST STE 600
             SAN FRANCISCO
             CA
             94107


Page 51

| 7/12/2011 | 303 2ND ST STE 600 |
| | SAN FRANCISCO |
| | CA |
| | 94107 |

| 6/29/2011 | 303 2ND ST STE 600 |
| | SAN FRANCISCO |
| | CA |
| | 94107 |

**Date Mailed:** **TO**

| 6/23/2011 | 1515 S ST STE 330-344 N |
| | SACRAMENTO |
| | CA |
| | 95811 |

| 6/29/2011 | 450 GOLDEN GATE AVE PO BOX 36060 |
| | SAN FRANCISCO |
| | CA |
| | 94102 |

| 7/14/2011 | 303 2ND ST STE 600 |
| | SAN FRANCISCO |
| | CA |
| | 94107 |

| 6/29/2011 | 1200 AGUAJITO RD |
| | MONTEREY |
| | CA |
| | 93940 |

**Date Mailed:** **TO  CDCR**

| 2/28/2011 | 1515 S ST 310 |
| | SAC |
| | CA |
| | 95814 |

**Date Mailed:** **TO BUTTE COUNTY COURTHOUSE**

| 5/31/2011 | ONE COURT ST |
| | OROVILLE |
| | CA |
| | 95965 |

**Date Mailed:** **TO BUTTE COUNTY SUP COURT**

Page 52.

7/5/2011        ONE COURT STREET

                OROVILLE

                CA

                95965


**Date Mailed:**   **TO CA COURT OF APPEALS**
5/31/2011          900 N STREET, 400

                   SACRAMENTO

                   CA

                   95814


**Date Mailed:**   **TO CDCR**
5/20/2011          PO BOX 942883

                   SACRAMENTO

                   CA

                   94283


**Date Mailed:**   **TO COURT OF APPEAL**
6/21/2011          303 SECOND , SUITE 600

                   SAN FRANCISCO

                   CA

                   94107


6/21/2011          621 CAPITOL MALL, 10TH FLR

                   SACRAMENTO

                   CA

                   95814


**Date Mailed:**   **TO DEL NORT SUPERIOR COURT**
7/5/2011           450 H STREET, 209

                   CRESCENT CITY

                   CA

                   95531


**Date Mailed:**   **TO FIRST APPELLATE DISTRICT**
6/17/2011          303 SECOND ST, 600

                   SAN FRANCISCO

                   CA

                   94107


**Date Mailed:**   **TO FIRST DISTRICT COURT OF APPEAL**
7/26/2011          350 MCALLISTER ST

                   SAN FRANCISCO

                   CA

                   94102


Page 53

7/5/2011   350 MCALLISTER ST
           SAN FRANISCO
           CA
           94102

**Date Mailed:**   **TO GOV CLAIMS DIVISION**
8/4/2011           P.O. BOX 3035
                   SAC
                   CA
                   95812-3035

**Date Mailed:**   **TO GOVERNMENT CLAIMS PROGRAM**
7/5/2011           400 R STREET, 5TH FLOOR
                   SACRAMENTO
                   CA
                   95812

**Date Mailed:**   **TO SACRAMENTO COUNTY SUP COURT**
7/5/2011           720 9TH ST
                   SACRAMENTO
                   CA
                   95814

**Date Mailed:**   **TO SAN DIEGO COUNTY SUP COURT**
7/5/2011           PO BOX 122724
                   SAN DIEGO
                   CA
                   92112

**Date Mailed:**   **TO SAN JUAQUIN COUNTY SUPERIOR COUR**
7/5/2011           222 E WEBER AVE, 303
                   STOCKTON
                   CA
                   95202

**Date Mailed:**   **TO STATE OF CALIFORNIA**
4/19/2011          P.O. BOX 3035
                   SACRAMENTO
                   CA
                   95812-3035

**Date Mailed:**   **TO STTE OF CALIFORNIA**

Page 54

4/22/2011   PO BOX 3035
SACRAMENTO
CA
95812

**Date Mailed:**   **TO US DIST CRT CENTRL DIST CA**
8/1/2011
LA
CA
90012

**Date Mailed:**   **TO US DISTRICT COURT**
7/5/2011   312 N SPRING ST, G8
LOS ANGELES
CA
90012

**Date Mailed:**   **TO WARDEN JOE MCGRATH**
7/5/2011   PO BOX 7000
CRESCENT CITY
CA
95532

**Date Mailed:**   **TO:**
6/15/2011   621 CAPITOL MALL, 10TH FLOOR
SACRAMENTO
CA
95814-4719

**Date Mailed:**   **TO: BUTTE CNTY SUPERIOR CT**
3/29/2011   ONE COURT ST
OROVILLE
CA
95965

**Date Mailed:**   **TO: CA INSTITUTE FOR MEN**
2/22/2011   PO BOX 128
CHINO
CA
91708

**Date Mailed:**   **TO: CA SUPREME COURT**

2/11/2011       350 MC ALLISTER ST
                SAN FRAN
                CA
                94102

8/3/2011        350 MCALLISTER STREET
                SAN FRANCISCO
                CA
                94102-4797

**Date Mailed:**   **TO: CA SUPREME CT**
3/29/2011       350 MCALLISTER ST
                SAN FRANCISCO
                CA
                94102

**Date Mailed:**   **TO: CALIFORNIA SUPREME COURT**
2/16/2011       350 MCALLISTER STREET
                SAN FRANCISCO
                CA
                94102

**Date Mailed:**   **TO: COURT OF APPEALS**
3/29/2011       95 SEVENTH ST
                SAN FRANCISCO
                CA
                94119

**Date Mailed:**   **TO: GOVERNMENT CLAIMS**
3/9/2011        PO BOX 3035
                SACRAMENTO
                CA
                95812

3/8/2011        PO BOX 3035
                SACRAMENTO
                CA
                95812

**Date Mailed:**   **TO: ST OF CA GOVT CLAIMS DIVISION**
4/14/2011       PO BOX 3035
                SACRAMENTO
                CA
                95812

**Date Mailed:**   **TO: STATE OF CALIFORNIA**

Page 56.

3/18/2011 PO BOX 3035

SACRAMENTO

CA

95812

**Date Mailed:**   **TO: TRANSPORTATION UNIT**

2/2/2011   1515 S ST RM 310

SACRAMENTO

CA

95814

**Date Mailed:**   **TO: US COURT OF APPEALS**

12/27/2010   95 SEVENTH ST

SAN FRAN

CA

94119

**Date Mailed:**   **TO:BUTTE CTY SUPERIOR COURT**

3/28/2011   ONE COURT STREET

OROVILLE

CA

95965

**Date Mailed:**   **TO:CA. CRT OF APPEALS/3RD APPELLATE**

3/14/2011   900 N. ST RM 400

SACRAMENTO

CA

95814

**Date Mailed:**   **TO:CA. SUPREME COURT OF CA.**

3/28/2011   350 MCALLISTER ST

SAN FRANCISCO

CA

94102

**Date Mailed:**   **TO:DIRECTOR OF CORRECTIONS**

1/20/2011   PO BOX 942883

SACRAMENTO

CA

94283

1/27/2011   PO BOX 942883

SACRAMENTO

CA

94283

Page 57.

**Date Mailed:**
3/28/2011

**TO:GOV. CLAIMS DIVISION**
PO BOX 3035
SACRAMENTO
CA
95812

**Date Mailed:**
3/7/2011

**TO:GOVERNMENT CLAIMS**
PO BOX 3035
SACRAMENTO
CA
95812

**Date Mailed:**
4/29/2011

**TO:GOVERNMENT CLAIMS DIVISION**
PO BOX 3035
SACRAMENTO
CA
95812

4/29/2011

PO BOX 3035
SACRAMENTO
CA
95812

**Date Mailed:**
5/23/2011

**TO:STATE OF CA.**
PO BOX 3035
SACRAMENTO
CA
95812

**Date Mailed:**
5/16/2011

**TO:SUPERIOR CRT OF CA.**
450 H ST RM 209
CRESCENT CITY
CA
95531

**Date Mailed:**
5/16/2011

**TO:US CRT/US DIST COURT**
501 I ST STE 4-200
SACRAMENTO
CA
95814

**Date Mailed:**

**TO:US DISTRICT COURT**

Page 58.

| 4/29/2011 | 880 FRONT ST |
| | SAN DIEGO |
| | CA |
| | 92101 |

| 4/29/2011 | 880 FRONT ST |
| | SAN DIEGO |
| | CA |
| | 92101 |

**Date Mailed:** **US DISTRICT CRT - SOUTHERN**
5/7/2011    880 FRONT ST, STE 4290
            SAN DIEGO
            CA
            92101-8909

Page 59

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS
CDC 809 (11/87)

ENCLOSURES: **U SAVE 'EM**

PAGE _____

DATE: 11

Intradepartment Envelope

DO NOT SEAL THIS ENVELOPE

~~T_____ STATE PRIS~~
~~_____~~
~~OF R/_____~~
~~S_____ CA. 15700 1050~~

~~C_____~~
~~For_____ LEGAL PURPOSES~~
~~O_____8~~

~~____~~ Youngblood
~~____~~ /CDC# H60800
S.U.S.- PRISON, A3-129L

ENCLOSURES   PAGE   .

Case 4:13-cv-01282-PJH Document 1 Filed 03/21/13 Page 60 of 63

ENCLOSURES: COMPRISING APPROPRIATE CONTENTS ENCLOSED & (GEN.) VERIFICATION
— IN support of All relevant Attach's. AS AN ADDENDUM CONTEMPORANEOUSLY follow
— Ed:

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW (SUMMARY) IN GEN.

DEPARTMENT OF CORRECTIONS

| DATE 10/21/07. | TO S.V.S.~ PRISON'S STAFF (¢/00) Sgt. of MAILROOM~RECORDS | FROM (LAST NAME) Youngblood | CDC NUMBER # H60800 |
|---|---|---|---|

| HOUSING A3 — | BED NUMBER 129L | WORK ASSIGNMENT "A1A ~ UNASSIGNED ~ ADA 1824" | JOB NUMBER FROM Ø TO Ø |
|---|---|---|---|

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) — Legal Case(s)/Appl's: CRE: USCA No. #06-16854, etc.) | ASSIGNMENT HOURS FROM M TO S |
|---|---|

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Request "CDC 119~ (ONE) copy of All incoming/outgoing "PLEASE SEND TO PRISONER AS SOON AS ABLE":
— MAIL AS (dated/recorded/postmarked) from dates of (2006 to
2007) continued at (.10¢) per page for legal case ~ "Appl./
legal ct. fillings verification" comprised with New ct. fillings pert. to
relate: RE: USCA No. # 06-16854 E

| INTERVIEWED BY C.T. | DATE 10-22-07 |
|---|---|

DISPOSITION
8 copies at 12¢ each.
.96¢ total

ENCLOSURES                    PAGE _____ .

# Exhibit

"C" & "D"

Are omitted due to being damaged and threw in the garbage can by (S.V.S.P.) Correct. Officers

VERIFICATION

I, ___Jesse L. Youngblood___, declare and state:

I am the petitioner in this action.  I have read the foregoing petition for the |"42 U.S.C. § 1983 and| and the facts stated therein are true of my |"Application/IFP| knowledge, except as to matters that are therein stated on my own information and belief, and as to those matters I believe them to be true. (4) — exhibits: "A" and "B" attached to omissions of "c" and "d": (Ibid)

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at, P/o Box 3466 - Corcoran County of Corcoran, California 93212-3466 on this 26th day of February ,(2013)

C.S.P. 3001 -120U;

MR. Jesse L. Youngblood
Petitioner in Propria Persona
02/26/13.
(J&Y)

Page 63. Total Pgs. (1-63)

(COPIES)

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA      )
                         ) SS
COUNTY OF CORCORAN       )

C   13   1282

PJH

(PR)

[C.C.P. §§ 446, 2015.5; 28 U.S.C. §1746]

I, Jesse L. Youngblood, am a resident of the State of California and am over the age of eighteen years and am not a party to the above-entitled action. My address is listed below.

On _____, I served the following documents: "1" - 42 U.S.C. § 1983

and "1" Application/Declaration and "1" Exhibit A with enclosures;

by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid in the United States Mail by delivering to prison officials for processing through the Institution's internal legal mail system at Corcoran California, addressed as follows::

To; Office Of The Clerk, U.S. District Court
Northern District Of California
1301 Clay St., Suite 400S
Oakland, Ca 94612-5212

FILED

MAR 21 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in the County of Corcoran, California on _____

Jesse L. Youngblood, C.D.C. # H60800
C.S.P., 3401-120U
P.O. BOX 3466
Corcoran, CA 93212.

Pursuant to the holding of the United States Supreme Court in Houston v. Lack 108 S. Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245 (1988) and FRAP, Rule 4 (c) inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the Institution's internal legal mail procedures.

Page 1.